# arkansas River power authority

P.O. Box 775
Trinidad, Colorado 81082

Alice M. Jewell, *Manager of Energy Support Services*
Phone/Fax: (719) 846-7575
E-mail: amjewell@trinidadusa.net

December 29, 2004

Colorado Department of Public Health and Environment
Air Pollution Control Division
APCD-SS-B1
4300 Cherry Creek Drive S
Denver, CO 80246-1530
Attn: Construction Permits Unit

Re: Construction Permit Application for proposed Lamar Repowering Project

Dear Mr. Hea:

Enclosed please find the following:

- An original and seven copies of the construction permit application and modeling report for the proposed Lamar Repowering Project.
- A check in the amount of $1,319.56 as payment for the filing fees attributable to the eleven APENs included in the application.
- One printout of a sample ISCST3 modeling file for the proposed project.
- Five copies of the CD-ROM containing all of the modeling data files.

If you have any questions regarding the application, please feel free to contact me at (719) 846-7575 or via e-mail at amjewell@trinidadusa.net

Sincerely,

Alice M. Jewell
Manager of Energy Support Services
Arkansas River Power Authority

Enclosures a/s

Cc:  James Henderson, ARPA
     Rick Rigel, LUB




EXHIBIT A

Member Municipalities:

Holly • La Junta • Lamar • Las Animas • Raton • Springfield • Trinidad

# PROPOSED LAMAR REPOWERING PROJECT – INTRODUCTION

## Proposed Lamar Repowering Project – Introduction

Page 1 of 11

---

### 1. INTRODUCTION

#### 1.1. General Overview

The Arkansas River Power Authority (ARPA) is proposing the installation of a coal-fired boiler, turbine, and auxiliaries at the existing Lamar Power Plant in Lamar, Colorado ("Lamar Repowering Project"). These proposed modifications will increase the capacity of steam generation at the facility from 25 megawatts (MW) to approximately 44 MW gross. The existing gas/diesel-fired boiler (Unit S001) at the facility will be retired upon successful completion of the proposed project. The new facilities will be owned by ARPA but will be operated by Lamar Light and Power/Lamar Utilities Board (LUB). Since LUB will be the operator of the new facility, all air permits will remain in the name of LUB.

#### 1.2. Reason for Project

The Arkansas River Power Authority is a political subdivision of the State of Colorado, chartered with the task of providing wholesale electric power for its municipal members of Holly, La Junta, Lamar, Las Animas, Springfield, and Trinidad, Colorado and Raton, New Mexico. ARPA's primary mission is to promote the long term economic well-being of our municipal members and their consumers by providing a dependable and competitively priced supply of wholesale electric power in an environmentally sound manner.

ARPA's historical resource mix is a combination of federal hydropower from the Western Area Power Administration (WAPA), member generation (including the existing 25 MW natural gas or diesel fired unit in Lamar), and supplemental power purchased from outside sources. However, ARPA's current major supplemental power contract expired in September of 2004. Beginning in October of 2004, ARPA anticipates its supplemental power costs to rise over 50% from 2000 levels. In addition, gas costs in Lamar have nearly doubled from 2000 levels.

In order to continue to provide low cost reliable power to its members, ARPA, in conjunction with the City of Lamar and the Lamar Utilities Board, is planning the repowering of Lamar's existing 25 MW generating unit from diesel or gas fired to coal fired and increasing the plant's capacity to approximately 38.5 MW net. The proposed project has been named the Lamar Repowering Project. Benefits of the project include a reduction in wholesale power costs to ARPA's municipal members by replacing high-cost gas-fired generation with more stable-priced coal-fired generation, more flexibility (whereas gas usage must be pre-scheduled to avoid penalties, coal can be stored on-site), and a decrease in ARPA's dependence on portions of the transmission system owned by other parties. Emissions from the proposed project will meet all federal, state, and local requirements and will reduce the facility's potential to emit of $SO_2$ and $NO_x$, thus reinforcing ARPA's commitment to the environment.

This proposed project is one element of ARPA's long-term plan, which also encompasses the recent execution of a new, short-term supplemental power contract; recent installations of small, highly-efficient gas-fired generation; support of a hydropower project at the Pueblo dam; and the installation of 7.5 MW wind-powered generation in Lamar and Springfield, commissioned this spring. These wind turbines have supplied approximately 6% of ARPA's energy needs since their installation in February of 2004.

1.3. Description of Existing Facility

The existing Lamar Power Plant is operated by LUB under Operating Permit No. 95OPPR069 and is currently classified as a major source of $NO_x$, CO, and $SO_2$ as shown in Table 1.3-1.

Table 1.3-1: Existing Facility Potential to Emit (PTE)

| Criteria Pollutant | Potential-to-Emit (TPY) | | | |
|---|---|---|---|---|
| | Unit S001 | Unit S003 | Emergency Diesels | Facility Wide |
| $NO_x$ | 806.38 | 15.6 | 7.0 | 829.0 |
| CO | 123.16 | 19.0 | 1.8 | 144.0 |
| $SO_2$ | 711.5 | 7.4 | 1.1 | 720.0 |
| VOC | 10.4 | 1.9 | 0.5 | 12.8 |
| $PM_{10}$ | 11.14 | 6.6 | 0.5 | 18.2 |
| PM | 20.0 | 6.6 | 0.5 | 27.1 |

Due to the rising cost of natural gas, operation of Unit S001 decreased from normal levels in 2003.[1] For this reason, ARPA has selected the average of years 2001 and 2002 as "normal operation" of the facility as shown in Table 1.3-2.

Table 1.3-2: Existing Facility Actual Emissions

| Criteria Pollutant | Actual Average Annual Emissions, 2001 – 2002 (TPY) | | | |
|---|---|---|---|---|
| | Unit S001 | Unit S003 | Emergency Diesels | Facility Wide |
| $NO_x$ | 257.3 | 6.0 | 0.1 | 263.4 |
| CO | 39.3 | 7.3 | 0.1 | 46.7 |
| $SO_2$ | 0.3 | 2.8 | 0.1 | 3.2 |
| VOC | 2.6 | 0.7 | 0.1 | 3.4 |
| $PM_{10}$ | 3.6 | 2.5 | 0.1 | 6.2 |
| PM | 3.6 | 2.5 | 0.1 | 6.2 |

All of the units at the existing facility are grandfathered and have been exempt from modeling requirements except for Unit S003, which was installed in 2001. During the construction permit application process for Unit S003, the Division conducted a screening analysis and determined that Unit S003 would not have a significant impact on air quality.

---

[1] ARPA provided APCD with a letter dated March 3, 2004 outlining the historical operation of Unit S001 and providing "credible, demonstrable evidence to the Division of what actual emissions were" before making the proposed modification as required by Colorado Regulation No. 3, Part A, Section I.B.37.c.(iii) (statutory reference is the version of Colorado Regulation No. 3 that was in effect when the evidence was submitted on March 3, 2004). If APCD elects to instead use the more recent two year period of 2002 – 2003 to calculate the net emission change, actual annual NOx emissions from Unit S001 averaged 177.9 TPY during 2002-2003, resulting in a net emission increase of 34.0 TPY (211.9 TPY from new sources – 177.9 TPY actual NOx = 34 TPY), which is still below PSD significance levels.

Proposed Lamar Repowering Project – Introduction

## 2. PROJECT DESCRIPTION

### 2.1. Project Overview

The proposed Lamar Repowering Project involves the installation of a new coal-fired boiler, condensing steam turbine, auxiliaries, and material handling systems at the existing Lamar Power Plant in Lamar, Colorado. The new coal-fired boiler, in conjunction with the existing steam turbine (currently used with Unit S001) and a new condensing steam turbine, will increase the capacity of steam generation at the facility from 25 MW to approximately 44 MW gross. The existing gas/diesel-fired boiler (Unit S001) at the facility will be retired upon successful completion of the proposed project. All other generating units at the facility will remain in service under the same operating conditions as are currently listed in the facility's existing Operating Permit. The facility-wide potential to emit following the proposed modifications is shown in Table 2.1-1. The new facilities will be owned by ARPA but will be operated by Lamar Light and Power/Lamar Utilities Board. Since LUB will be the operator of the new facility, all air permits will remain in the name of LUB.

Table 2.1-1: Proposed New Facility-Wide Potential to Emit (PTE)

| Description | Potential-to-Emit, (TPY) | | | | |
|---|---|---|---|---|---|
| | $NO_x$ | CO | $SO_2$ | VOC | $PM/PM_{10}$ |
| New Sources (Table 2.3-1) | 211.9 | 332.0 | 226.6 | 12.2 | 49.9 |
| New Source Fugitive Emissions | 0.0 | 0.0 | 0.0 | 0.0 | 0.13/0.03 |
| Existing Fugitive Emissions | 0.0 | 0.0 | 0.0 | 0.0 | 0.17/0.04 |
| PTE, Unit S001 (to be retired) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| PTE, Unit S003 | 15.6 | 19.0 | 7.4 | 1.9 | 6.6 |
| PTE, Emergency Diesels | 7.0 | 1.8 | 1.1 | 0.5 | 0.5 |
| New Facility Wide PTE | 234.5 | 352.8 | 235.1 | 14.6 | 57.3/57.1 |
| Existing Facility Wide PTE (See Table 1.3-1) | 829.0 | 144.0 | 720.0 | 12.8 | 27.1/18.2 |

### 2.2. Description of Proposed Lamar Repowering Project and Emission Controls

2.2.1. Coal Fired Boiler and Steam Turbines: A new coal fired fluidized bed boiler, Unit S004, will be installed at the facility. The boiler will be manufactured by Babcock and Wilcox (B & W) and will be equipped with a fabric filter for particulate control. Sulfur dioxide emissions will be controlled via limestone injection. Nitrogen oxides and carbon monoxide emissions will be limited via combustion control. The requested maximum level of operation for Unit S004 is continuous operation, or 8,760 hours per year. The unit will also be equipped with natural gas fired fluid bed burners for startup operations. Emissions during natural gas startup are expected to be equal to or less than emissions while operating on coal as shown in APEN Supplement A1.

**Proposed Lamar Repowering Project – Introduction**

Steam from the boiler will be utilized in both a new condensing steam turbine (new turbine #8) and the existing steam turbine from Unit S001 (existing turbine #6), providing an approximate gross electrical output of 44.3 MW. Steam from the boiler will first enter the new steam turbine #8. Approximately two thirds of the steam will exit turbine #8 at a controlled extraction point and be delivered to the existing turbine #6. The balance of the steam in turbine #8 will pass through the remaining stages of the new steam turbine to a new air-cooled condenser. The existing facility does not utilize a cooling tower, and the air-cooled condenser will allow for continued operation without the need for a cooling tower.

2.2.2. Existing Units: The existing steam turbine #6 currently associated only with Boiler S001 (gas or diesel fired) will be refurbished and utilized with the new coal fired boiler as described in Section 2.2.1 above. In addition, as much as possible of the existing steam and water cycles will be utilized. However, boiler Unit S001 will be retired upon the successful commissioning of the proposed Lamar Repowering Project. Unit S003 (gas-fired combustion turbine) and the two existing emergency diesel internal combustion engines (#46 and #49) will remain in service under the same operating conditions as currently exist in Operating Permit No. 95OPPR069.

2.2.3. Coal Handling: Coal for the new Unit S004 boiler will be delivered by unit train. Each unit train is expected to consist of one hundred (100) bottom-dump rail cars, each car with an approximate capacity of one hundred (100) tons. The Lamar railyard is located directly south of the existing Lamar Power Plant property. Upon arrival at the Lamar railyard, the unit train will be placed on two half-mile rail sidings. Rail cars will be moved to and from the sidings to the unloading facility along a railroad spur owned by ARPA (see Figure 3-2: Proposed Facility Plot Plan) using a refurbished diesel locomotive, as denoted by modeling point sources LU1 - LU26, LM1 - LM122 and LD1 ("Locomotive"). Consistent with Section 13.2.5 of AP-42, potential fugitive dust emissions from the delivered coal in the rail cars are considered negligible since the erodible coal particles will be scoured away by wind during transport from the coal mine to the power plant facility. Upon delivery to the power plant facility, the coal in each rail car will not be disturbed until the rail car is in the enclosed unloading facility.

The rail car unloading facility will be completely enclosed with doors on both the south and north ends to allow the rail cars to enter and exit the facility. The building will be equipped with a fabric filter dust collection system to minimize dust emissions. To unload the coal, a rail car will be pulled or pushed into the facility with the switching locomotive. Personnel will then close the facility doors and dump the coal. The coal will enter three, approximately forty ton rail hoppers beneath the rail car. Coal dust created during the unloading operations will be collected in the fabric filter (emission point MH1). Coal dust collected in the fabric filter will be periodically transferred via pneumatic conveyor to the coal day silo.

It is anticipated that one unit train will be delivered every two weeks. At an estimated average unloading rate of 2 – 3 cars (200 – 300 tons) per hour, with one 8 – 12 hour shift per day, each unit train should be unloaded in 4 to 6 days. However, in order to account for potential variations in the unloading rate, unloading operations have been estimated at a maximum level of 4,368 hours per year.

At the unloading facility, the coal will be transferred from the hoppers to two approximately 6,000 ton coal storage silos via belt conveyors and a high angle conveyor. A diversion gate and belt conveyor will allow coal to be delivered from the high angle conveyor to both silos. The conveyor systems will be completely enclosed to eliminate fugitive dust during transfer. The silos will be vented to eliminate hazardous dust buildup during loading operations and the vent will be equipped with a fabric filter to control fugitive dust emissions (emission point MH2). Coal dust collected in the fabric filter will be periodically transferred via pneumatic conveyor to the crusher house feed bin. Since the potential for fugitive emissions is limited to silo loading operations, the dust collection system will operate only when coal is transferred into the silos.

As needed to fill the coal day silos, coal will be transferred via enclosed belt conveyor from the bottom of the storage silos to a feed bin in the crusher facility. From the feed bin, the coal will be fed via belt into a single crusher, where the coal will be reduced to approximately ¼" by 0". The crusher facility will be completely enclosed and vented; the vent will be equipped with a fabric filter to control fugitive dust emissions (emission point MH3). Coal dust collected in the fabric filter will be periodically transferred via pneumatic conveyor to the coal day silo. The dust collection system will operate when the crusher is operating.

The crusher facility will also contain a diversion gate prior to the crusher in order to empty either coal silo as needed for emergency or maintenance purposes. If use of the diversion gate is necessary, the coal will be transferred from the crusher facility to an exterior concrete containment area. From the containment area, coal can be reintroduced into the unloading facility via front end loader. Dust suppression would be provided via manual water spray as needed. Since this diversion gate is for emergency purposes only and is not considered to be a part of routine operations, no emission estimates for this emergency operation have been included in the modeling impact analysis.

Following the sizing operations at the crusher facility, the coal is transferred via enclosed belt feeder to several (probably three) coal day silos at a transfer rate of approximately 150 tons/hour. A diversion gate and belt feeder ensure delivery to each of the silos. The coal day silos will be vented and equipped with a fabric filter to control fugitive dust emissions (emission point MH4). Coal dust collected in the fabric filter will be periodically discharged back into the coal day

silos. Since the potential for fugitive emissions is limited to silo loading operations, the dust collection system will operate only when coal is transferred into the silos.

As it is needed in the boiler, coal will flow from the bottom of the day silos to enclosed gravimetric belt conveyors, which measure and regulate the fuel flow. From the belt conveyors the coal enters fuel chutes; these chutes drop the fuel into the boiler at multiple points across the width of the furnace front in order to provide uniform fuel feed and effective mixing with the furnace bed. Air is injected into the belt conveyors and feed chutes to keep the hot gases within the furnace and promote a positive flow of fuel into the furnace.

2.2.4. Limestone Handling: Limestone will be delivered via covered or enclosed truck to the limestone storage silo. It is anticipated that the delivery trucks will be equipped with blowers to pneumatically transfer the limestone from the truck to the storage silo. The storage silo will be vented and equipped with a fabric filter to control dust during unloading operations (emission point MH8). Particulates collected in the fabric filter will be periodically discharged back into the limestone silo. Since the potential for fugitive emissions is limited to silo loading operations, the dust collection system will operate only when limestone is transferred into the storage silo. From the storage silo, limestone will be pneumatically transported to an enclosed crusher to size the limestone. From the crusher, the limestone is pneumatically transferred to the limestone day silo. The limestone day silo will be equipped with a vent and fabric filter to control fugitive dust during transfer operations (emission point MH9). Particulates collected in the fabric filter will be periodically discharged back into the limestone day silo. Since the potential for fugitive emissions is limited to silo loading operations, the dust collection system will operate only when limestone is transferred into the day silo. From the day silo, the limestone flows through one of two full capacity rotary valve feeders which control the volume of limestone entering the boiler. The limestone discharges from the feeders into a dilute phase pneumatic conveying system which transports the limestone to multiple injection points in the primary zone of the furnace.

2.2.5. Inert Material Handling: Inert material such as sand is occasionally injected into the boiler in order to control the bed temperature. This inert material will be stored in a storage bin equipped with a vent and fabric filter (emission point MH7). Particulates collected in the fabric filter will be periodically discharged back into the storage bin. It is anticipated that inert material will be delivered via covered or enclosed truck and pneumatically transferred into the storage silo. Since the potential for fugitive emissions is limited to silo loading operations, the dust collection system will operate only when inert material is transferred into the silo.

**Proposed Lamar Repowering Project – Introduction**

2.2.6. Ash Handling: The boiler gas stream is equipped with two particle separator systems. Most particles greater than 100 microns are collected in the primary particle separator using B & W's impact separators, also referred to as U-beam channels. Particles collected by the U-beams are discharged downward directly back into the furnace along the rear wall of the furnace. The secondary separator is a conventional multi-cyclone dust collector (MDC). Particles collected in the MDC are reinjected as needed back into the boiler to control boiler bed temperature. MDC particles not immediately recycled in the boiler are transferred to a storage bin under the boiler. Water-cooled spent bed material is also transferred to this bin (bed ash is routinely purged from the boiler through bed drains to control solids inventory and remove oversized material that may enter with the fuel). Material is then pneumatically transferred from the bin to the bed ash surge silo. Material from the bed ash surge silo is returned to the boiler as needed to control furnace inventory. When the bed ash surge silo is full, the material is cooled and pneumatically transferred to the flyash silo for disposal. The bed ash surge silo is equipped with a vent and fabric filter to control fugitive emissions (emission point MH5). Particulates collected in the fabric filter will be periodically discharged back into the bed ash surge silo. Due to the constant transferring of material in and out of this silo, it is anticipated that the dust collection system for this silo will operate constantly (when the boiler is operating).

A pulse-jet fabric filter dust collector (FFDC) is used to remove fly ash entrained in the exhaust gas of Unit S004. Each FFDC train will consist of approximately eight (8) gas-tight filter bag compartments, each with a dedicated hopper. Each compartment will contain approximately 289 filter bags. The filter bags are cleaned on-line using air pressure. During cleaning of the bags, the ash will fall into the compartment's dedicated hopper. The hoppers will be continuously emptied of the ash and pneumatically transported to the flyash silo.

2.2.7. The flyash silo will be receiving material from two places: the baghouse hoppers and the bed ash surge silo. The flyash silo and truck loading area will be equipped with a vent and fabric filter to control fugitive emissions (emission point MH6). Particulates collected in the fabric filter will be periodically discharged back into the flyash silo. From the flyash silo, the ash will be periodically loaded into trucks in an enclosed facility to minimize fugitive dust. It is anticipated that the ash will be mixed with a small quantity of high quality waste water to reduce dusting. The ash will then be hauled in covered trucks to its final destination. ARPA is making arrangements to haul the ash to a dedicated, lined landfill cell at the City of Lamar landfill; however, ARPA also plans to investigate opportunities to sell all or a portion of the ash for beneficial secondary use.

2.2.8. Fugitive Emissions: Fugitive dust emissions are expected to be minimal as discussed in more detail in the permit application. All material handling systems are enclosed to eliminate fugitive emissions. The main access and site roads will

be paved with asphalt or concrete. Trucks hauling limestone, inert material, and ash will be enclosed or covered in accordance with Colorado law. Water wash down systems will also be provided to control fugitive dust that may accumulate along walkways, platforms, and other surfaces.

2.2.9. Fire Pump Engine: During the final design, a fire protection study will be completed to determine if a fire pump is needed at the facility in order to meet fire protection codes. Currently, it is unknown if the pump engine will be needed, and if so, where it will be situated. ARPA plans to take the conservative approach and assume that a fire pump engine of approximately 240 horsepower will be required. At its projected size and level of operation, the pump engine will be an insignificant activity (Per Colorado Regulation No. 3, part A, II.D.1.sss.(ii)., stationary internal combustion engines rated at 175 – 300 horsepower with operation of less than 850 hours per year are an insignificant activity). The pump engine will thus be permitted for maximum operation of 849 hours per year (emission point PE1).

2.3. Proposed Modifications: Potential to Emit

Table 2.3-1 lists the controlled potential point source emissions from the proposed Lamar Repowering Project. Calculation of these emissions is discussed in detail in the APEN Supplements.

**Table 2.3-1: Annual Emissions from Point Sources**

| Stack # | Permitted Annual Hours of Operation | $NO_x$ (TPY) | CO (TPY) | $SO_2$ (TPY) | $PM_{10}$ (TPY) | VOC (TPY) |
|---|---|---|---|---|---|---|
| PE1 | 849 | 0.9785 | 0.4285 | 0.0364 | 0.0562 | 0.1121 |
| S004 | 8760 | 197.7701 | 329.6169 | 226.3369 | 43.9489 | 10.9938 |
| MH1 | 4368 | 0 | 0 | 0 | 1.0530 | 0 |
| MH2 | 4368 | 0 | 0 | 0 | 0.7020 | 0 |
| MH3 | 4368 | 0 | 0 | 0 | 0.5850 | 0 |
| MH4 | 4368 | 0 | 0 | 0 | 0.7020 | 0 |
| MH5 | 8760 | 0 | 0 | 0 | 0.5631 | 0 |
| MH6 | 8760 | 0 | 0 | 0 | 1.8771 | 0 |
| MH7 | 728 | 0 | 0 | 0 | 0.0312 | 0 |
| MH8 | 4368 | 0 | 0 | 0 | 0.2808 | 0 |
| MH9 | 4368 | 0 | 0 | 0 | 0.0936 | 0 |
| Locomotive | 4561.5 | 13.1373 | 1.9081 | 0.1914 | 0.0458 | 1.0530 |
| Total TPY | ------ | 211.8859 | 331.9535 | 226.5647 | 49.9387 | 12.1589 |

### 2.4. Net Effect on Emissions

As shown in Table 2.4-1, the proposed modifications to the facility will result in a major modification for CO, $SO_2$, and $PM/PM_{10}$. Note that for CO and $SO_2$, the change is a major modification at a major source, but for $PM/PM_{10}$, the change is a major modification of a minor source. The facility is thus subject to Prevention of Significant Deterioration (PSD) rules. The increase in VOC emissions is a minor modification and does not warrant air quality modeling for ozone impacts.

**Table 2.4-1: Net Change to Facility**

| Description | Tons Per Year (TPY) | | | | |
|---|---|---|---|---|---|
| | $NO_x$ | CO | $SO_2$ | VOC | $PM/PM_{10}$ |
| Potential to Emit of Proposed New Sources (see Table 2.3-1) | 211.9 | 332.0 | 226.6 | 12.2 | 49.9 |
| New Fugitive Emissions | 0.0 | 0.0 | 0.0 | 0.0 | 0.13/0.03 |
| Current Actual Emissions from Unit S001 (see Table 1.3-2) | (257.3) | (39.3) | (0.3) | (2.6) | (3.6) |
| Net Effect | (45.4) | 292.7 | 226.3 | 9.6 | 46.4/46.3 |
| "Significant" Increase as defined by CO Reg. No. 3, Part D, II.A.44 | 40 TPY | 100 TPY | 40 TPY | 40 TPY | 25/15 TPY |

## 3. PROPOSED FACILITY PLOT PLAN

Figure 3-1 is a three-dimensional view of the proposed facility. Figure 3-2 is a plot plan depicting the Lamar Power Plant with the proposed modifications. Figure 3-3 is a plot plan in smaller scale, depicting the railroad spur to be owned by ARPA.

**Figure 3-1: Three-Dimensional View of Proposed Facility**





Figure 3-2: Proposed Facility Plot Plan

**Proposed Lamar Repowering Project – Introduction**



Figure 3-3: Location of Railroad Spur