# STATE OF COLORADO

**COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT**
**AIR POLLUTION CONTROL DIVISION**
**TELEPHONE: (303) 692-3150**



# CONSTRUCTION PERMIT

ERMIT NO:          **05PR0027**

                                                          **INITIAL APPROVAL**

DATE ISSUED:      FEBRUARY 3, 2006

ISSUED TO:        **Lamar Utilities Board**

THE SOURCE TO WHICH THIS PERMIT APPLIES IS DESCRIBED AND LOCATED AS FOLLOWS:

> Utilities electric power generation facility, known as, **Lamar Light & Power Power Plant**, located at 100 North 2nd Street, Lamar, Prowers County, Colorado.

THE SPECIFIC EQUIPMENT OR ACTIVITY SUBJECT TO THIS PERMIT INCLUDES THE FOLLOWING:

> Lamar Repowering Project to replace an existing natural gas fired electric utility boiler. Details of equipment / activities under this project are given in Attachment A.

THIS PERMIT IS GRANTED SUBJECT TO ALL RULES AND REGULATIONS OF THE COLORADO AIR QUALITY CONTROL COMMISSION AND THE COLORADO AIR POLLUTION PREVENTION AND CONTROL ACT C.R.S. (25-7-101 et seq), TO THOSE GENERAL TERMS AND CONDITIONS INCLUDED IN THIS DOCUMENT AND THE FOLLOWING SPECIFIC TERMS AND CONDITIONS:

1.    Construction of this source must commence within 18 months of initial approval permit issuance date or within 18 months of date on which such construction or activity was scheduled to commence as stated in the application. If commencement does not occur within the stated time the permit will expire on **OCTOBER 31, 2007** (See General Condition No. 6., Item 1.)  (Reference: Regulation No. 3, Part B, Section III. F. 4.)

2.    Prior to the commercial startup of the equipment covered under this permit, the operation of the existing boiler (AIRS Point ID: 099/0006/001) at this facility shall be discontinued. Within ten (10) days of such discontinuance, a written communication shall be sent to the Division requesting inactivation of that source in the Division's inventory system.

3.    Within one hundred and eighty days (180) after commencement of operation, compliance with the conditions contained on this permit shall be demonstrated to the Division. It is the permittee's responsibility to self certify compliance with the conditions. Failure to demonstrate compliance within 180 days may result in revocation of the permit. (Information on how to certify compliance was mailed with the permit.)

---

AIRS Points ID:  099/0006/004 through 014

**EXHIBIT**
**B**

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                     Colorado Department of Public Health and Environment
Initial Approval                                                Air Pollution Control Division

4.    AIRS Point ID numbers (for example, "AIRS PT ID:  004") shall be marked on the subject equipment for ease of identification. (Reference: Regulation No. 3, Part B, Section III. E.) (State only enforceable)

5.    The manufacturer, model number and serial number of the subject equipment shall be provided to the Division prior to Final Approval. (Reference: Regulation No. 3, Part B, Section III. E.)

6.    If multiple provisions apply, the most stringent provision shall be applicable.

7.    Visible emissions shall not exceed twenty percent (20%) opacity during normal operation of the source.  During periods of startup, building of a new fire, cleaning of fire boxes, soot blowing, process modification, or adjustment or occasional cleaning of control equipment visible emissions shall not exceed 30% opacity for more than six minutes in any sixty consecutive minutes.  Opacity shall be measured by EPA Method 9. (Reference: Regulation No. 1, Section II. A. 1. & 4.)

8.    This repowering project is subject to Regulation No. 3-Stationary Source Permitting and Air Pollutant Emission Notice Requirements, Part D-Concerning Major Stationary Source New Source Review and Prevention of Significant Deterioration, VI-Requirement applicable to attainment and unclassifiable areas and pollutants under Section 110 of the Federal Clean Air Act (Prevention of Significant Deterioration Program).  Best Available Control Technology (BACT) shall be applied for emissions of Particulate Matter (and $PM_{10}$-Particulate Matter less than 10 micrometers aerodynamic diameter), Carbon Monoxide, and Sulfur Dioxide.  The following BACT shall be implemented, and the specified emission limits complied with for the above pollutants from various emission sources:

"Startup" means the setting in operation of any air pollution source for any purpose. Setting in operation of the boiler begins when fuel is first fired in the boiler and ending when the minimum stable operating load is achieved.  "Shutdown" means the cessation of operation of any air pollution source for any purpose.  The cessation of the operation of the boiler begins when the command signal is initiated by the unit operator or automatically initiated by the unit control system to shutdown the unit and ends when fuel is no longer being fired and the fans have been shut off.

Particulate Matter and $PM_{10}$:

*Circulating Fluidized Bed Boiler* (AIRS Point ID: 004):

High efficiency fabric filter baghouse shall be used for control of emissions of filterable particulate matter.  Emissions of total filterable particulate matter shall not exceed 0.015 pound per million BTU of heat input, and that of filterable $PM_{10}$ shall not exceed 0.012 pound per million BTU of heat input, averaged for the duration of the compliance test/s.

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                          Colorado Department of Public Health and Environment
Initial Approval                             Air Pollution Control Division

If, even after optimization / adjustment of operation and controls, this standard is not achieved, the Division shall consider relaxation of the standard. Such relaxation shall not provide for $PM_{10}$ emissions in excess of 0.015 pound per million BTU heat input.

Condensable particulate matter emissions shall be minimized by maximizing the heat transfer from the combustion gases, thus maximizing the condensation prior to the baghouse. Condensable particulate matter emissions shall not exceed 0.02 pound per million BTU heat input. These condensable particulate matter emissions need to be quantified by sufficient testing to establish the actual emissions, and to adjust the emission limit. If testing establishes the condensable particulate emissions limit is not reasonably achievable, an increase in the emission limit may be requested.

Any request for an increase in the particulate emission limit(s) shall be accompanied by appropriate impact modeling to demonstrate compliance with various requirements. The Division will take into consideration any previous modeling that may have been conducted by the permittee and approved by the Division.

Except during periods of startup / shutdown, 6-minute average opacity shall not be in excess of 10 %. During startup / shutdown, opacity shall not exceed the limits specified under visible emissions condition.

*Coal Handling / Storage / Preparation* (AIRS Point IDs: 005, 006, 007, and 008):

High efficiency baghouses shall be used for control of emissions of particulate matter. Emissions shall not exceed those determined as BACT, and specified below:
BACT for these sources:

| Source Description | Source ID | AIRS PT ID | grain/dscf | pound/ton | Opacity, % |
|---|---|---|---|---|---|
| Coal Railcar Unloading | MH1 | 005 | 0.005 | 0.0078 | 10 |
| Coal Storage Silos | MH2 | 006 | 0.010 | 0.0052 | 10 |
| Coal Crusher House | MH3 | 007 | 0.005 | 0.0043 | 10 |
| Coal Day Silo | MH4 | 008 | 0.005 | 0.0052 | 10 |

*Ash and Inert (sand) Handling* (AIRS Point IDs: 009, 010, and 011):

High efficiency baghouses shall be used for control of emissions of particulate matter. Emissions shall not exceed those determined as BACT, and specified below:
BACT for these sources:

| Source Description | Source ID | AIRS PT ID | grain/dscf | pound/ton | Opacity, % |
|---|---|---|---|---|---|
| Bed Ash Surge Bin | MH5 | 009 | 0.010 | 0.0330 | 10 |
| Fly Ash Vacuum Collection | MH6 | 010 | 0.005 | 0.1101 | 10 |
| Sand Surge Tank | MH7 | 011 | 0.010 | 0.0256 | 10 |

Lamar Utilities Board - Lamar Light & Power Power Plant
Permit No. 05PR0027                    Colorado Department of Public Health and Environment
Initial Approval                                        Air Pollution Control Division

*Limestone Handling, Processing and Storage* (AIRS Point IDs: 012 and 013):

High efficiency baghouses shall be used for control of emissions of particulate matter.
Emissions shall not exceed those determined as BACT, and specified below:
BACT for these
sources:

| Source Description | Source ID | AIRS PT ID | grain/dscf | pound/ton | Opacity, % |
|---|---|---|---|---|---|
| Limestone Storage Silo | MH8 | 012 | 0.010 | 0.0342 | 10 |
| Limestone Day Silo | MH9 | 013 | 0.010 | 0.0114 | 10 |

Note: Compliance with the pound/ton mass emission limits for the material handling points
(AIRS Points ID: 005 through 013) shall be calculated based on the results of the stack
test/s.

*Switching Locomotive Powered By Diesel Engine* (AIRS Point ID: 014):

Soot filter shall be used for control of emissions of particulate matter. BACT for this
source is determined as limited use (load and operation), and at least 90 % control for PM
and $PM_{10}$, and emissions shall not exceed 0.016 pound per million BTU heat input.

Particulate Matter and $PM_{10}$ (continued):

*Emergency Coal Stockpile* (No AIRS Point ID assigned):

Use of this emergency stockpile is considered as an upset condition, and shall be reported
to the Division under those provisions. The stockpile shall be reclaimed with minimum
delay, and during the time stockpile is required, emission suppression measures such as
water spray or foam blankets shall be used.

*Emergency Fire Pump Powered By Diesel Engine* (APEN exempt source):

BACT is determined as limited operation, and application of "Good Combustion
Management Practices." Emissions of PM / $PM_{10}$ shall not exceed 0.08 pound per
million BTU heat input.

*Fugitive Particulate Matter Emission Sources* (APEN exempt):

The following emission control measures, together, is determined as BACT:

Water washdown systems shall be used for flushing down any accumulated dust
on walkways, platforms, and other surfaces to prevent re-entrainment of the dust
into the atmosphere.

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                                    Colorado Department of Public Health and Environment
Initial Approval                                                                  Air Pollution Control Division

On-site haul roads shall be paved, and these surfaces shall be inspected at least
once each day in which hauling activities occur, and cleaned as needed. Various
cleaning methods shall be used depending on the extent of dust accumulations.

All transport vehicles containing substances that potentially generate fugitive
particulate matter emissions (such as trucks containing limestone, inert material,
or ash) shall be fully enclosed, or covered with a mechanical closing lid or a tight
tarp-like cover at all times while on the facility grounds except during loading /
unloading operations. Railroad cars containing coal are not considered transport
vehicles and are not required to be fully enclosed.

Emissions from emergency coal stockpile shall be effectively controlled with
water dust suppression system.

Carbon Monoxide:

*Circulating Fluidized Bed (CFB) Boiler* (AIRS Point ID: 004):

BACT is determined as "Good Combustion Management Practice." Emission of Carbon
Monoxide shall not exceed 75.3 pounds per hour, based on a rolling 3-hour average.

*Switching Locomotive (Diesel Engine)* (AIRS Point ID: 014):

Limited operation of the locomotive and "Good Combustion Management Practices"
combination is determined as BACT. Emissions of Carbon Monoxide shall not exceed
0.61 pound per million BTU heat input.

*Emergency Fire Pump* (APEN exempt)

Limited operation of the engine and "Good Combustion Management Practices"
combination is determined as BACT. Emissions of Carbon Monoxide shall not exceed
0.61 pound per million BTU heat input.

Sulfur Dioxide:

*Circulating Fluidized Bed Boiler* (AIRS Point ID: 004):

Injection of limestone into the circulating fluidized bed during combustion of coal to
absorb Sulfur Dioxide. Emissions of Sulfur Dioxide shall not exceed a daily average of
0.103 pound per million BTU heat input.

*Switching Locomotive* (AIRS Point ID: 014):

Limited operation and use of low sulfur (Sulfur content less than 0.05 % by weight)
diesel fuel is determined as BACT. Emissions of Sulfur Dioxide shall not exceed 0.06
pound per million BTU heat input.

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                        Colorado Department of Public Health and Environment
Initial Approval                                           Air Pollution Control Division

*Emergency Fire Pump* (APEN exempt):

Limited operation and use of low sulfur (Sulfur content less than 0.05 % by weight) diesel fuel is determined as BACT. Emissions of Sulfur Dioxide shall not exceed 0.06 pound per million BTU heat input.

9.  In respect of pollutants not specifically covered under BACT condition, Prevention of Significant Deterioration (PSD) requirements shall apply to this source at any such time that this source becomes major for PSD solely by virtue of a relaxation in any permit condition. Any relaxation that increases the potential to emit above the applicable PSD threshold will require a full PSD review of the source as though construction had not yet commenced on the source. The source shall not exceed the PSD threshold until a PSD permit is granted. Records of the analysis, documenting that major modification was not triggered for these pollutants, shall be kept at site, and made available to the Division for review on request. These records shall be updated whenever emission changes occur at this facility. (Reference: Regulation No.3, Part D, Section VI. B. 4.)

10. "Good Combustion Management Practices" involves monitoring and control of several operating parameters. Specific details defining Good Combustion Management Practices for each applicable emission source / pollutant shall be included in the required operating and maintenance plan and recordkeeping formats.

11. Various emission sources are subject to Regulation No. 6-Standards of Performance for New Stationary Sources, including, but not limited to, the following:

Part A-Federal Register Regulations (Chapter 1, Title 40 CFR Part 60) Adopted By Reference:

| AIRS PT ID, Source, Subpart, Pollutant | Standards / Requirements | Citation / s |
|---|---|---|
| 004: Coal-fired boiler: Subpart Da | 0.03 lb/ BTUE6; 99 % reduction | § 60.42a(a)(1)&(2) |
| Particulate Matter | 20 % opacity. (27 % for one 6-min period per hour) | § 60.42a(b) |
|  | Continuous Opacity Monitoring | § 60.49a(a) |
| Sulfur Dioxide | 1.2 lb / BTUE6 (30-day rolling average); 90 % reduction, or 70 % reduction when emissions less than 0.6 lb/BTUE6 | § 60.43a(a)(1) § 60.43a(a)(2) |
|  | Continuous Emission Monitoring | § 60.49a(b) |
| Nitrogen Oxides (expressed as $NO_2$) | 0.5 lb / BTUE6 (30-day rolling average); 65 % reduction | § 60.44a(a)(1)&(2) |
|  | Continuous Emission Monitoring | § 60.49a(c)(1) |
|  | Continuous Monitoring for Oxygen or Carbon Dioxide | § 60.49a(d) |

Continued...

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                           Colorado Department of Public Health and Environment
Initial Approval                                              Air Pollution Control Division

| AIRS PT ID, Source, Subpart, Pollutant | Standards / Requirements | Citation / s |
|---|---|---|
| Mercury from bituminous coal Mercury from sub-bituminous coal with dry FGD for $SO_2$ control | 0.021 lb / Gigawatt-hour output 0.078 lb / Gigawatt-hour output Continuous Emission Monitoring or Sorbent Trap Monitoring | § 60.45a(a)(1) § 60.45a(a)(2)(ii) § 60.49a(p) <br> § 60.49a(q) |
| 005, 006, 007 and 008: Coal handling and preparation: Subpart Y. Particulate Matter | Opacity not to equal or exceed 20 %. | § 60.252(c) |
| 012 and 013: Limestone processing and handling system: Subpart OOO. Particulate Matter | 0.022 grain per dscf. 7 % Opacity 10 % Opacity for fugitive emissions | § 60.672(a)(1) § 60.672(a)(2) § 60.672(b) |

Note: USEPA has proposed further revisions to Subpart Da including changes to the $SO_2$, NOx, and PM emission limitations. In addition, USEPA is reconsidering certain aspects of Mercury standards. Such revisions will become applicable if finalized by the startup date. The permittee shall apply for modification of this permit to incorporate any revisions resulting from these efforts.

Part B-Specific Facilities and Sources (Colorado State NSPS):

| AIRS PT ID Emission Source | Standards / Requirements | Citation / s |
|---|---|---|
| 004: Coal-fired boiler. Sulfur Dioxide | 0.4 lb / BTUE6 heat input based on 3-hour rolling average | II. D. 1. c. |

In addition, the following requirements of Regulation No. 6, Part A, Subpart A, General Provisions, apply.

a.   At all times, including periods of start-up, shutdown, and malfunction, the facility and control equipment shall, to the extent practicable, be maintained and operated in a manner consistent with good air pollution control practices for minimizing emissions. Determination of whether or not acceptable operating and maintenance procedures are being used will be based on information available to the Division, which may include, but is not limited to, monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source. (Reference: Regulation No. 6, Part A. General Provisions from 40 CFR 60.11

b.   No article, machine, equipment or process shall be used to conceal an emission that would otherwise constitute a violation of an applicable standard. Such concealment includes, but is not limited to, the use of gaseous diluents to achieve compliance with an opacity standard or with a standard that is based on the concentration of a pollutant in the gases discharged to the atmosphere. (§ 60.12)

c.   Written notification of construction and initial startup dates shall be submitted to the Division as required under § 60.7.

d.   Records of startups, shutdowns, and malfunctions shall be maintained, as required under § 60.7.

e.   Written notification of continuous monitoring system demonstrations shall be submitted to the Division as required under § 60.7.

f.   Written notification of opacity observation or monitor demonstrations shall be submitted to the Division as required under § 60.7.

g.   Excess Emission and Monitoring System Performance Reports shall be submitted as required under § 60.7.

h.   Performance tests shall be conducted as required under § 60.8.

i.   Compliance with opacity standards shall be demonstrated according to § 60.11.

j.   Continuous monitoring systems shall be maintained and operated as required under § 60.13.

12.   Various emission sources shall be equipped with emission control systems / device/s capable of reducing the uncontrolled pollutant emissions by at least the control efficiencies specified in Attachment A. These control systems / device/s shall be inspected, monitored, maintained / renewed, and operated as per the recommendations of the manufacturers to ensure ongoing satisfactory performance. Records of such inspection, monitoring, maintenance, and operation shall be maintained, and made available to the Division for inspection upon request.

13.   Material consumption / throughput / activities for all the emission sources in the Lamar Repowering Project shall be limited to the rates listed below, those for individual equipment / activity shall be limited to the rates specified in Attachment A, and all other activities, operational rates and numbers of equipment as stated in the application. Monthly records of the actual consumption rate shall be maintained by the applicant and made available to the Division for inspection upon request. (Reference: Regulation No. 3, Part B, Section II. A. 4.)

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027
Initial Approval

Colorado Department of Public Health and Environment
Air Pollution Control Division

| Period | Activity and Throughput Limit, tons | | | |
|---|---|---|---|---|
| | Coal handling, preparation and consumption (1) | Limestone handling, processing and injection (2) | Sand (inert material) handling and addition to boiler (3) | Handling ash materials (bed ash, flyash, and other residues) |
| 1st Quarter | 62,396 | 4,315 | 732 | 9,725 |
| 2nd Quarter | 67,823 | 4,150 | 684 | 8,725 |
| 3rd Quarter | 70,535 | 3,980 | 512 | 7,825 |
| 4th Quarter | 70,535 | 3,980 | 512 | 7,825 |
| Rolling 12-month | 271,289 | 16,425 | 2,440 | 34,100 |

(1)     This is based on a coal high heat value of 8,100 BTU per pound.  Natural gas is used during start up only.  Emissions from natural gas combustion are included in the emission limits.

(2)     Limestone injection into the circulating fluidized bed primarily for minimization of emissions of Sulfur Dioxide.

(3)     Addition of sand (inert material) into the circulating fluidized bed for regulating the fluidized bed temperature.

Consumption of low sulfur (Sulfur content not to exceed 0.05 % by weight) Diesel Fuel for combustion in the switching locomotive shall not exceed 3,866 gallons per month, and 45,519 gallons per year.

During the first twelve (12) months of operation, compliance with both the periodic and yearly consumption limitations shall be required. After the first twelve (12) months of operation, compliance with only the yearly limitation shall be required. Compliance with the yearly consumption limits shall be determined on a rolling twelve (12) month total.

14.     Prior to final approval being issued, the applicant shall submit to the Division for approval an operating and maintenance plan for all control equipment and control practices, and a proposed record keeping format that will outline how the applicant will maintain compliance on an ongoing basis with the requirements of this permit.  The operating and maintenance plan shall commence at startup. (Reference: Regulation No. 3, Part B, Section III.G.7.)

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                     Colorado Department of Public Health and Environment
Initial Approval                                                          Air Pollution Control Division

15.   Total emissions of air pollutants from all the equipment / activities of the Lamar
      Repowering Project shall not exceed the following limitations (as calculated in the
      Division's preliminary analysis). Compliance with the annual limits shall be determined
      on a rolling (12) month total. By the end of each month a new twelve month total is
      calculated based on the previous twelve months' data. The permit holder shall calculate
      monthly emissions and keep a compliance record on site for Division review. (Reference:
      Regulation No. 3, Part B, Section II.A.4)

      | Pollutant | Limit |
      |---|---|
      | Particulate Matter-Filterable: | 3.4 tons per month and 39.1 tons per year. |
      | PM10 (Particulate Matter<10 μm)-Filterable: | 3.4 tons per month and 39.1 tons per year. |
      | Particulate Matter-Condensable from boiler: | 3.8 tons per month and 44.0 tons per year. |
      | PM10 (Particulate Matter<10 μm)-Condensable: | 3.8 tons per month and 44.0 tons per year. |
      | Sulfur Dioxide: | 19.3 tons per month and 227.0 tons per year. |
      | Nitrogen Oxides: | 18.0 tons per month and 211.0 tons per year. |
      | Volatile Organic Compounds: | 12.2 tons per year. |
      | Carbon Monoxide: | 28.2 tons per month and 332.0 tons per year. |
      | Fluorides: | 2.0 tons per year. |
      | Sulfuric Acid Mist: | 2.5 tons per year. |
      | Mercury (all sub-bituminous coal): | 32 pounds per year. |
      | Mercury (all bituminous coal): | 9 pounds per year. |

      These emission limits are based on conservative factors and emission control efficiencies.

      During the first twelve (12) months of operation, compliance with both the monthly and
      yearly emission limitations shall be required. After the first twelve (12) months of
      operation, compliance with only the yearly limitation shall be required. Compliance with
      the yearly emission limits shall be determined on a rolling twelve (12) month total.

16.   Source compliance tests shall be conducted on the boiler and fabric filter baghouses
      controlling emissions from various materials handling and processing equipment, to
      measure the emission rate(s) for the pollutants listed below in order to show compliance
      with emission limits / standards, to demonstrate the performance of the emission control
      devices / systems, and to calibrate and certify the continuous emission monitoring
      systems. The test protocol/s must be in accordance with the requirements of the Air
      Pollution Control Division Compliance Test Manual and shall be submitted to the
      Division for review and approval at least thirty (30) days prior to testing. No compliance
      test shall be conducted without prior approval from the Division. Any stack test
      conducted to show compliance with a monthly or annual emission limitation shall have
      the results projected up to the monthly or annual averaging time by multiplying the test
      results by the allowable number of operating hours for that averaging time. (Reference:
      Regulation No. 3, Part B., Section III. G. 3)

Coal-fired boiler referenced under AIRS PT ID:  004

Filterable Particulate Matter using EPA approved methods.
Condensable Particulate Matter using EPA approved methods.
Sulfur Dioxide using EPA  approved methods.
Oxides of Nitrogen using EPA approved methods.
Carbon Monoxide using EPA approved methods.
Mercury using EPA approved methods.
Opacity using EPA approved methods.

Materials handling / processing:

Particulate Matter using EPA approved methods.
Opacity using EPA approved methods.

The test protocol shall identify, for Division approval, which emission points will be
tested.  If there are difficulties of testing specific emission points, these may be indicated.
With the approval for the test protocol, the Division will identify emission points that are
required to be tested.

17.    In addition to the continuous emission monitoring systems specified under Regulation
No. 6, Part A, requirement, the boiler shall be equipped with a continuous emission
monitoring system (CEMS) for Carbon Monoxide.  All CEMS shall be capable of
measuring and recording the emissions of those pollutants, and to show compliance with
the emission limits (pounds per million BTU heat input or pounds per hour (as
applicable), tons per month, and tons per year).  These CEMS shall conform to § 60.13 of
Regulation No. 6, Part A, Subpart A.  The CEMS shall also satisfy the requirements
specified in Federal Register Regulations, Chapter 1, Title 40, CFR Parts 72, 75 and 76.

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                               Colorado Department of Public Health and Environment
Initial Approval                                                      Air Pollution Control Division

18.    A Revised Air Pollutant Emission Notice (APEN) shall be filed:  (Reference: Regulation
       No. 3, Part A, Section II.C.).  Penalties for non-compliance with this permit condition
       will be in accordance with the provisions of C.R.S. 25-7-122 (1) (c).

   a.  Annually whenever a significant increase in emissions occurs as follows:

           **For any criteria pollutant:**

           For sources emitting **less than 100 tons per year**, a change in actual emissions of five
           tons per year or more, above the level reported on the last APEN submitted; or

           For sources emitting **100 tons per year or more**, a change in actual emissions of
           five percent or 50 tons per year or more, whichever is less, above the level
           reported on the last APEN submitted; or

           A change in actual emissions, above the level reported on the last APEN
           submitted, of 50 pounds of lead

           **For any non-criteria reportable pollutant:**

           If the emissions increase by 50% or five (5) tons per year, whichever is less, above
           the level reported on the last APEN submitted to the Division.

   b.  Whenever there is a change in the owner or operator of any facility, process, or activity; or

   c.  Whenever new control equipment is installed, or whenever a different type of control
       equipment replaces an existing type of control equipment; or

   d.  Whenever a permit limitation must be modified; or

   e.  No later than 30 days before the existing APEN expires.  APENs expire five (5) years
       from date of submittal.


_____                    _____
Ram N. Seetharam                                   R. K. Hancock III, P.E.
Permit Reviewer                                    Construction Permits Unit Supervisor

Lamar Utilities Board - Lamar Light & Power Power Plant
Permit No. 05PR0027                    Colorado Department of Public Health and Environment
Initial Approval                                          Air Pollution Control Division

Notes to Permit Holder:  These are for information purposes only and not intended to be enforceable conditions.

1)   The consumption / throughput and emission limits contained in this permit are based on those requested in the permit application.  These limits may be revised upon request of the permittee providing there is no exceedance of any specific emission control regulation or any ambient air quality standard.  A revised air pollution emission notice (APEN) and application form must be submitted with a request for a permit revision.

2)   This source is subject to the Common Provisions Regulation Part II, Subpart E, Upset Conditions and Breakdowns. The permittee shall notify the Division of any upset condition which causes a violation of any emission limit or limits stated in this permit as soon as possible, but no later than two (2) hours after the start of the next working day, followed by written notice to the Division explaining the cause of the occurrence and that proper action has been or is being taken to correct the conditions causing said violation and to prevent such excess emission in the future.

3)   This source is classified as a:
      Major modification subject to PSD provisions
      of a:   Major Stationary Source for PSD and Operating Permit applicabilities.

4)   This source is subject to the provisions of Regulation No. 3, Part C, Operating Permits (Title V of the 1990 Federal Clean Air Act Amendments). The application for the Operating Permit is due within one year of commencing operation.

5)   The following emissions of non-criteria reportable air pollutants are established based upon the throughput / consumptions as indicated in this permit.  This information is listed to inform the operator of the Division's analysis of the specific compounds. This information is listed on the Division's emission inventory system.

| C.A.S.# | SUBSTANCE | EMISSIONS [LB/YR] |
|---|---|---|
| 71-43-2 | Benzene | 353 |
| 0 | Cyanide Compounds | 678 |
| 7647-01-0 | Hydrochloric acid | 20,591 |
| 7664-39-3 | Hydrogen fluoride | 2,713 |
| 0 | Mercury | 32 |
| 0 | Selenium Compounds | 977 |
| 7664-93-9 | Sulfuric Acid | 4,981 |
| 0 | Thallium Compounds | 2,523 |

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                          Colorado Department of Public Health and Environment
Initial Approval                                            Air Pollution Control Division

6)      The emission levels contained in this permit are based on the following emission factors:

**Coal-fired boiler (AIRS PT ID: 004)** (pounds per million BTU heat input, except for Carbon Monoxide which is specified in pounds per hour)

| Pollutant | EmiFactor | Emission Controls | ContEff. % |
|---|---|---|---|
| Particulate Matter (PM)-Filterable | 9.18157 | Fabric filter baghouse | 99.83 |
| $PM_{10}$ – Filterable | 9.18157 | Fabric filter baghouse | 99.86 |
| PM – Condensable | 0.02000 | | 00.00 |
| $PM_{10}$ – Condensable | 0.02000 | | 00.00 |
| Nitrogen Oxides | 0.09000 | | 00.00 |
| Sulfur Dioxide | 1.48127 | Limestone Injection | 93.04 |
| Carbon Monoxide, pounds/hour | 75.3000 | "Good Combustion" | 00.00 |
| Mercury | Allowable Standards, NSPS, Da | | |
| Volatile Organic Compounds | 0.00500 | "Good Combustion" | 00.00 |
| Selenium Compounds | 0.00022 | | 00.00 |
| Thallium Compounds | 0.00057 | | 00.00 |
| Cyanide Compounds | 0.00015 | | 00.00 |
| Hydrochloric Acid | 0.00469 | | 00.00 |
| Hydrofluoric Acid | 0.00062 | | 00.00 |
| Sulfuric Acid | 0.00113 | | |

**Switching locomotive (AIRS PT ID: 014)** (pounds per gallon of diesel fuel):

| Pollutant | EmiFactor | Emission Controls | ContEff. % |
|---|---|---|---|
| Particulate Matter (PM)-Filterable | 0.02012 | Soot filter | 90.00 |
| $PM_{10}$ – Filterable | 0.02012 | Soot filter | 90.00 |
| PM – Condensable | 0.00110 | | 00.00 |
| $PM_{10}$ – Condensable | 0.00110 | | 00.00 |
| Nitrogen Oxides | 0.57722 | | 00.00 |
| Sulfur Dioxide | 0.00841 | | 00.00 |
| Carbon Monoxide | 0.08384 | "Good Combustion" | 00.00 |

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                           Colorado Department of Public Health and Environment
Initial Approval                                              Air Pollution Control Division

**Materials handling and processing equipment** (pounds per ton of material):

These factors have been derived based on:

Particulate matter emissions controlled by fabric filter baghouses.
Baghouse outlet grain loading 0.005 grain per actual cubic foot for baghouses
with greater than 5,000 ACFM air flow, and 99.50 % control efficiency for both
PM and $PM_{10}$
Baghouse outlet grain loading 0.01 grain per actual cubic foot for baghouses with
less than 5,000 ACFM air flow, and 99.00 % control efficiency for both PM and
$PM_{10}$

| AIRS PT ID | Emission Source | Emission Factor | Control Efficiency, % |
|------------|-----------------|-----------------|-----------------------|
| 005 | MH1: Coal unloading from railcars | 1.55259 | 99.50 |
| 006 | MH2: Coal silo | 0.51753 | 99.00 |
| 007 | MH3: Crusher | 0.86255 | 99.50 |
| 008 | MH4: Coal day silo | 1.03506 | 99.50 |
| 009 | MH5: Ash surge bin | 3.30289 | 99.00 |
| 010 | MH6: Ash silo | 22.01927 | 99.50 |
| 011 | MH7: Sand surge tank | 2.55738 | 99.00 |
| 012 | MH8: Limestone silo | 3.41918 | 99.00 |
| 013 | MH9: Limestone day silo | 1.13973 | 99.00 |

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                    Colorado Department of Public Health and Environment
Initial Approval                                              Air Pollution Control Division

---

## ATTACHMENT A
### DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT FOR LAMAR REPOWERING PROJECT

The design rates are based on estimated engineering values; actual as-built rates may be different. The permittee shall report such discrepancies to the Division prior to Final Approval. Such discrepancies do not indicate non-compliance unless they result in an increase in emissions above the permitted level.

| AIRS PT ID | Description<br>Make, Model, Serial Number, Design Rate, Capacity, Dimensions, Construction Details, Consumption, Throughput, Emission Controls, Emissions | Remarks / Specific Provisions |
|---|---|---|
| 004 | One (1) Babcock and Wilcox, Model and S/N: to be provided, coal (bituminous / sub-bituminous) fired, circulating fluidized bed, steam boiler, site heat input rated at 501,700,000 BTU per hour. Natural gas is used for startup only. Emissions of Sulfur Dioxide are controlled with limestone injection into the combustion zone. Emissions of filterable particulate matter are controlled by one (1) Make, Model, and S/N: to be provided, high temperature, high efficiency, fabric filter baghouse, gas flow design rated at 180,956 ACFM. Emissions of condensable particulate matter are minimized by maximizing the heat transfer from the hot gases to incoming water and combustion air to maximize the condensation prior to the entry into the baghouse. This is identified as **S004**. This is also identified as **Unit #8**.<br><br>Process rate limit:<br>Coal consumption for combustion in the boiler: 271,289 tons per year, based on a coal high heat value of 8,100 BTU per pound.<br><br>Emission limits:<br>Particulate Matter (PM)-Filterable:    33.0 tons/year<br>$PM_{10}$ – Filterable:    33.0 tons/year<br>Particulate Matter (PM)–Condensable:    44.0 tons/year<br>$PM_{10}$ – Condensable:    44.0 tons/year<br>Sulfur Dioxide:    227.0 tons/year<br>Nitrogen Oxides:    198.0 tons/year<br>Volatile Organic Compounds:    11.0 tons/year<br>Carbon Monoxide:    330.0 tons/year | BACT (for PM / $PM_{10}$, $SO_2$, and CO)<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests Continuous Emission / Opacity Monitors Calibration and Certification.<br><br>CEMs for Nitrogen Oxides, Sulfur Dioxide, Carbon Monoxide, and Oxygen or Carbon Dioxide<br><br>CEM or Sorbent Trap Monitoring for Mercury.<br><br>Subject to Federal NSPS, Da. (Particulate Matter, Sulfur Dioxide, Nitrogen Oxides, and Mercury)<br><br>Subject to Regulation No. 6, Part B, II. D.<br><br>Emission limits include emissions from natural gas combustion used for start up only. |

ATTACHMENT A CONTINUED...

---

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                    Colorado Department of Public Health and Environment
Initial Approval                                      Air Pollution Control Division

| ATTACHMENT A (Continuation-1) | | |
|---|---|---|
| DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT FOR LAMAR REPOWERING PROJECT | | |
| AIRS PT ID | Description Make, Model, Serial Number, Design Rate, Capacity, Dimensions, Construction Details, Consumption, Throughput, Emission Controls, Emissions | Remarks / Specific Provisions |
| 005 | One (1) Custom-built, railcar unloading system for unloading of coal, design rated at 400 tons per hour. This system unloads bottom dump railcars into ground hoppers. Emissions of particulate matter are with enclosure maintained under sufficient negative pressure by an exhaust fan vented through one (1) Make, Model and S/N: to be provided, high efficiency fabric filter baghouse, air flow design rated at 11,250 ACFM. Collected coal dust is pneumatically transferred to the coal silos. This is identified as **MH1**.<br><br>Process rate limit:<br>Coal unloaded from railcars:          271,289 tons/year<br><br>Emission limits:<br>Particulate Matter (PM):          1.1 tons/year<br>$PM_{10}$:          1.1 tons/year | BACT (for PM/$PM_{10}$)<br><br>O & M Plan and Recordkeeping Format.<br><br>Compliance Test<br><br>Subject to Federal NSPS, Y. |
| 006 | Two (2) Custom, storage silos, each with a coal holding capacity of 6,000 tons. Coal is conveyed from the railcar unloading hopper by a transfer conveyor, an elevating conveyor (all covered), and a distributing conveyor into these coal silos. This coal handling system is design rated at 400 tons per hour. Emissions of particulate matter are controlled by one (1) Make, Model and S/N: to be provided, high efficiency fabric filter baghouse, air flow design rated at 3,750 ACFM. Collected coal dust is pneumatically transferred into the coal silos. This is identified as **MH2**.<br><br>Process rate limit:<br>Coal handled:          271,289 tons/year<br><br>Emission limits:<br>Particulate Matter (PM):          0.7 ton/year<br>$PM_{10}$:          0.7 ton/year | BACT (for PM/$PM_{10}$)<br><br>O & M Plan and Recordkeeping Format.<br><br>Compliance Test<br><br>Subject to Federal NSPS, Y. |
| ATTACHMENT A CONTINUED... | | |

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027
Initial Approval

Colorado Department of Public Health and Environment
Air Pollution Control Division

| ATTACHMENT A (Continuation-2) DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT FOR LAMAR REPOWERING PROJECT | | |
|---|---|---|
| AIRS PT ID | Description Make, Model, Serial Number, Design Rate, Capacity, Dimensions, Construction Details, Consumption, Throughput, Emission Controls, Emissions | Remarks / Specific Provisions |
| 007 | Coal crushing system, design rated at 150 tons per hour. This system consists of one (1) Custom, feed hopper and feeder, one (1) Make, Model and S/N: to be provided, _____ type crusher, and one (1) Custom, crushed coal conveyor. Emissions of particulate matter are controlled by one (1) Make, Model, and S/N: to be provided, high efficiency fabric filter baghouse, air flow design rated at 6,250 ACFM. This is identified as **MH3**.<br><br>Process rate limit:<br>Coal handled / processed:        271,289 tons/year<br><br>Emission limits:<br>Particulate Matter (PM):        0.6 ton/year<br>$PM_{10}$:        0.6 ton/year | BACT (for $PM/PM_{10}$)<br><br>O & M Plan and Recordkeeping Format.<br><br>Compliance Test<br><br>Subject to Federal NSPS, Y. |
| 008 | Three (3) Custom, day silos with a coal holding capacity of 180 tons each, for storage of crushed coal prior to feeding into the steam boiler furnace. Crushed coal is conveyed from the crusher house by a transfer conveyor and an elevating conveyor into the day silos. Emissions of particulate matter from these silos are controlled by one (1) Make, Model and S/N: to be provided, high efficiency fabric filter baghouse, air flow design rated at 7,500 ACFM. This is identified as **MH4**.<br><br>Process rate limit:<br>Coal handled:        271,289 tons/year<br><br>Emission limits:<br>Particulate Matter (PM):        0.7 ton/year<br>$PM_{10}$:        0.7 ton/year | BACT (for $PM/PM_{10}$)<br><br>O & M Plan and Recordkeeping Format.<br><br>Compliance Test<br><br>Subject to Federal NSPS, Y. |
| | | ATTACHMENT A CONTINUED... |

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                    Colorado Department of Public Health and Environment
Initial Approval                                    Air Pollution Control Division

| ATTACHMENT A (Continuation-3) DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT FOR LAMAR REPOWERING PROJECT | | |
|---|---|---|
| AIRS PT ID | Description Make, Model, Serial Number, Design Rate, Capacity, Dimensions, Construction Details, Consumption, Throughput, Emission Controls, Emissions | Remarks / Specific Provisions |
| 009 | One (1) Custom, surge bin, bed ash holding capacity of ___ tons, for storage of bed ash from the boiler furnace. Bed ash (discharged from the circulating fluidized bed) is pneumatically conveyed from the boiler furnace ash outlet to the surge bin. Bed ash is transferred into the flyash silo for transport off-site for disposal. Part of the bed ash may be used as inert material in the circulating fluidized bed (of boiler furnace) to regulate the temperature of the bed. Such bed ash may be injected directly back into the boiler or pneumatically conveyed to the inert (includes sand) surge tank (MH7). Emissions of particulate matter are controlled by one (1) Make, Model and S/N: to be provided, high efficiency fabric filter baghouse, air flow design rated at 1,500 ACFM. This is identified as MH5.<br><br>Process rate limit:<br>Total quantity of material handled:     34,100 tons/year<br><br>Emission limits:<br>Particulate Matter:          0.6 ton/year<br>$PM_{10}$:                          0.6 ton/year | BACT (for PM/$PM_{10}$)<br><br>O & M Plan and Recordkeeping Format.<br><br>Compliance Test |
| 010 | One (1) Custom, storage silo, ash holding capacity of ___ tons, for storage of ash collected in the main boiler baghouse (S004) and bed ash surge bin. Fly ash is pneumatically (vacuum system) conveyed from the baghouse hopper into storage silo. Bed ash is pneumatically conveyed to the storage silo. Ash is transferred into trucks for transport off-site for sale or disposal. Emissions of particulate matter are controlled by one (1) Make, Model, and S/N: to be provided, fabric filter baghouse, air flow design rated at 10,000 ACFM. This is identified as MH6.<br><br>Process rate limit:<br>Total quantity of material handled:     34,100 tons/year<br><br>Emission limits:<br>Particulate Matter:          1.9 tons per year<br>$PM_{10}$:                          1.9 tons per year | BACT (for PM/$PM_{10}$)<br><br>O & M Plan and Recordkeeping Format.<br><br>Compliance Test |
| | | ATTACHMENT A CONTINUED... |

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                              Colorado Department of Public Health and Environment
Initial Approval                                                     Air Pollution Control Division

| **ATTACHMENT A** (Continuation-4)<br>DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT<br>FOR LAMAR REPOWERING PROJECT | | |
|---|---|---|
| AIRS<br>PT ID | Description<br>Make, Model, Serial Number, Design Rate, Capacity,<br>Dimensions, Construction Details, Consumption,<br>Throughput, Emission Controls, Emissions | Remarks /<br>Specific Provisions |
| 011 | One (1) Custom, surge tank, inert material (includes sand) holding capacity of _____ tons for storage of inert materials prior to injection into the circulating fluidized bed of the boiler furnace.  Transfers from incoming truck, and from surge tank are pneumatically achieved.  Emissions of particulate matter are controlled by one (1) Make, Model and S/N: to be provided, high efficiency fabric filter baghouse, air flow design rated at 1,000 ACFM.  This is identified as **MH7**.<br><br>Process rate limit:<br>Total quantity of material handled:          2,440 tons/year<br><br>Emission limits:<br>Particulate Matter:                              0.1 ton/year<br>$PM_{10}$:                                               0.1 ton/year | BACT (for PM/$PM_{10}$)<br><br>O & M Plan and Recordkeeping Format.<br><br>Compliance Test |
| 012 | One (1) Custom, storage silo, limestone holding capacity of _____ tons, for storage of incoming limestone.  Transfer from incoming trucks into the silo is done pneumatically.  Emissions of particulate matter are controlled by one (1) Make, Model and S/N: to be provided, high efficiency fabric filter baghouse, air flow design rated at 1,500 ACFM.  This is identified as **MH8**.<br><br>Process rate limit:<br>Total quantity of material handled:          16,425 tons/year<br><br>Emission limits:<br>Particulate Matter:                              0.3 ton/year<br>$PM_{10}$:                                               0.3 ton/year | BACT (for PM/$PM_{10}$)<br><br>O & M Plan and Recordkeeping Format.<br><br>Compliance Test<br><br>Subject to Federal NSPS, Subpart OOO. |
| | | ATTACHMENT A CONTINUED... |

Lamar Utilities Board- Lamar Light & Power Power Plant
Permit No. 05PR0027                    Colorado Department of Public Health and Environment
Initial Approval                                           Air Pollution Control Division

| ATTACHMENT A (Continuation-5) DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT FOR LAMAR REPOWERING PROJECT | | |
|---|---|---|
| AIRS PT ID | Description Make, Model, Serial Number, Design Rate, Capacity, Dimensions, Construction Details, Consumption, Throughput, Emission Controls, Emissions | Remarks / Specific Provisions |
| 013 | One (1) Make, Model and S/N: to be provided, crusher, design rated at 30 tons per hour, for crushing of limestone. Crushed material is pneumatically transported to one (1) Custom, day silo, limestone holding capacity of ____ tons. Emissions of particulate matter are controlled by one (1) Make, Model, and S/N: to be provided, high efficiency fabric filter baghouse, air flow design rated at 500 ACFM. This is identified as **MH9**.<br><br>Process rate limit:<br>Limestone handled / processed:        16,425 tons/year<br><br>Emission limits:<br>Particulate Matter:            0.1 ton / year<br>$PM_{10}$:                  0.1 ton / year | BACT (for $PM/PM_{10}$)<br><br>O & M Plan and Recordkeeping Format.<br><br>Compliance Test<br><br>Subject to Federal NSPS, Subpart OOO. |
| 014 | One (1) Make, Model, and S/N: to be provided, distillate fuel oil fired locomotive, engine site heat input rated at 9,880,000 BTU per hour, site output rated at 1,500 HP. This locomotive is used for placing of railcars for unloading, and for movement and formation of empty railcar trains. This diesel engine is equipped with a soot filter for the control of emissions of particulate matter. This is identified as **SWITCHING LOCOMOTIVE**.<br><br>Process rate limit:<br>Diesel Fuel consumption:        45,519 gallons/year<br><br>Emission limits:<br>Particulate Matter:            0.1 ton/year<br>$PM_{10}$:                  0.1 ton/year<br>Nitrogen Oxides:            13.2 tons/year<br>Carbon Monoxide:            2.0 tons/year<br>Volatile Organic Compounds:    1.1 tons/year<br>Sulfur Dioxide:              0.2 tons/year | BACT (for $PM/PM_{10}$, $SO_2$, CO)<br><br>O & M Plan and Recordkeeping Format.<br><br>Manufacturer's emissions performance data (in g/hp-hr) and engine specifications will be converted to lb/million BTU to verify compliance with the lb/million BTU heat input emission limits in this permit. |
| | Emergency coal stockpile. | Use of this stockpile to be reported under Upset Provisions. |
| | | END OF ATTACHMENT A. |

Lamar Utilities Board - Lamar Light & Power Power Plant
Permit No. 05PR0027                          Colorado Department of Public Health and Environment
Initial Approval                                              Air Pollution Control Division

---

### GENERAL TERMS AND CONDITIONS:  (IMPORTANT!  READ ITEMS 5,6,7 AND 8)

1.    This permit is issued in reliance upon the accuracy and completeness of information supplied by the applicant and is conditioned upon conduct of the activity, or construction, installation and operation of the source, in accordance with this information and with representations made by the applicant or applicant's agents.  It is valid only for the equipment and operations or activity specifically identified on the permit.

2.    Unless specifically stated otherwise, the general and specific conditions contained in this permit have been determined by the APCD to be necessary to assure compliance with the provisions of Section 25-7-114.5(7)(a), C.R.S.

3.    Each and every condition of this permit is a material part hereof and is not severable.  Any challenge to or appeal of, a condition hereof shall constitute a rejection of the entire permit and upon such occurrence, this permit shall be deemed denied *ab initio*.  This permit may be revoked at any time prior to final approval by the Air Pollution Control Division (APCD) on grounds set forth in the Colorado Air Quality Control Act and regulations of the Air Quality Control Commission (AQCC), including failure to meet any express term or condition of the permit.  If the Division denies a permit, conditions imposed upon a permit are contested by the applicant, or the Division revokes a permit, the applicant or owner or operator of a source may request a hearing before the AQCC for review of the Division's action.

4.    This permit and any required attachments must be retained and made available for inspection upon request at the location set forth herein.  With respect to a portable source that is moved to a new location, a copy of the Relocation Notice (required by law to be submitted to the APCD whenever a portable source is relocated) should be attached to this permit.  The permit may be reissued to a new owner by the APCD as provided in AQCC Regulation No. 3, Part B, Section II.B. upon a request for transfer of ownership and the submittal of a revised APEN and the required fee.

5.    Issuance (initial approval) of an emission permit does not provide "final" authority for this activity or operation of this source.  Final approval of the permit must be secured from the APCD in writing in accordance with the provisions of 25-7-114.5(12)(a) C.R.S. and AQCC Regulation No. 3, Part B, Section III.G.  Final approval cannot be granted until the operation or activity commences and has been verified by the APCD as conforming in all respects with the conditions of the permit.  If the APCD so determines, it will provide written documentation of such final approval, which does constitute "final" authority to operate. *Compliance with the permit conditions must be demonstrated within 180 days after commencement of operation.*

6.    **THIS PERMIT AUTOMATICALLY EXPIRES IF** you (1) do not commence construction or operation within 18 months after either the date of issuance of this permit or the date on which such construction or activity was scheduled to commence as set forth in the permit, whichever is later; (2) discontinue construction for a period of 18 months or more; or (3) do not complete construction within a reasonable time of the estimated completion date.  Extensions of the expiration date may be granted by the APCD upon a showing of good cause by the permittee prior to the expiration date.

7.    **YOU MUST notify the APCD at least thirty days (fifteen days for portable sources) prior to commencement of the permitted operation or activity.**  Failure to do so is a violation of Section 25-7-114.5(12)(a), C.R.S. and AQCC Regulation No. 3, Part B, Section III.G.1., and can result in the revocation of the permit. *You must demonstrate compliance with the permit conditions within 180 days after commencement of operation as stated in condition 5.*

8.    Section 25-7-114.7(2)(a), C.R.S. requires that all sources required to file an Air Pollution Emission Notice (APEN) must pay an annual fee to cover the costs of inspections and administration.  If a source or activity is to be discontinued, the owner must notify the Division in writing requesting a cancellation of the permit.  Upon notification, annual fee billing will terminate.

9.    Violation of the terms of a permit or of the provisions of the Colorado Air Pollution Prevention and control Act or the regulations of the AQCC may result in administrative, civil or criminal enforcement actions under Sections 25-7-115 (enforcement), -121 (injunctions), -122 (civil penalties), -122.1 (criminal penalties), C.R.S.

---

AIRS Points ID:  099/0006/004 through 014                          Page 22 of 22