# STATE OF COLORADO

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT
AIR POLLUTION CONTROL DIVISION
TELEPHONE: (303) 692-3150

# CONSTRUCTION PERMIT

PERMIT NO:          05PR0027

**INITIAL APPROVAL**
Modification No. 1

DATE ISSUED:        August 21, 2007

ISSUED TO:          **Lamar Utilities Board**

THE SOURCE TO WHICH THIS PERMIT APPLIES IS DESCRIBED AND LOCATED AS FOLLOWS:

Utilities electric power generation facility, known as **Lamar Light & Power Plant**, located at 100 North 2nd Street, Lamar, Prowers County, Colorado.

THE SPECIFIC EQUIPMENT OR ACTIVITY SUBJECT TO THIS PERMIT INCLUDES THE FOLLOWING:

Lamar Repowering Project to replace an existing natural gas fired electric utility boiler. Details of equipment and activities under this project are given in Attachment A.

THIS PERMIT IS GRANTED SUBJECT TO ALL RULES AND REGULATIONS OF THE COLORADO AIR QUALITY CONTROL COMMISSION AND THE COLORADO AIR POLLUTION PREVENTION AND CONTROL ACT C.R.S. (25-7-101 et seq), TO THOSE GENERAL TERMS AND CONDITIONS INCLUDED IN THIS DOCUMENT AND THE FOLLOWING SPECIFIC TERMS AND CONDITIONS:

1. Visible emissions shall not exceed twenty percent (20%) opacity during normal operation of the source. During periods of startup, building of a new fire, cleaning of fire boxes, soot blowing, process modification, or adjustment or occasional cleaning of control equipment visible emissions shall not exceed 30% opacity for more than six minutes in any sixty consecutive minutes. Opacity shall be measured by EPA Method 9. (Reference: Regulation No. 1, Section II. A. 1. & 4.)

2. AIRS Point ID numbers (for example, "AIRS PT ID:  004") shall be marked on the subject equipment for ease of identification. (Reference: Regulation No. 3, Part B, Section III. E.) (State only enforceable)

3. If multiple provisions apply, the most stringent provision shall be applicable.

4. This repowering project is subject to Regulation No. 3-Stationary Source Permitting and Air Pollutant Emission Notice Requirements, Part D-Concerning Major Stationary Source New Source Review and Prevention of Significant Deterioration, VI-Requirement applicable to attainment and unclassifiable areas and pollutants under Section 110 of the Federal Clean Air Act (Prevention of Significant Deterioration (PSD) Program).  Best Available Control Technology (BACT) shall be applied for emissions of Particulate Matter (TSP) and Particulate Matter less than 10 micrometers (microns) aerodynamic diameter ($PM_{10}$), Carbon Monoxide (CO), and Sulfur Dioxide ($SO_2$).  The following BACT shall be implemented, and the specified emission limits shall be complied with for the above pollutants (TSP, $PM_{10}$, CO and $SO_2$) from various emission sources:

"Startup" means the setting in operation of any air pollution source for any purpose.  Setting in operation of the boiler begins when fuel is first fired in the boiler and ending when the minimum stable operating load is achieved.  "Shutdown" means the cessation of operation of any air pollution source for any purpose.  The cessation of the operation of the boiler begins when the command signal is initiated by the unit operator to shutdown the unit and ends when fuel is no longer being fired and the fans have been shut off.

**AIRS POINT IDs:  099/0006/002 - 018**

**EXHIBIT**
C

Colorado Department of Public Health and Environment
Air Pollution Control Division

**Lamar Utilities Board**
Permit No. 05PR0027
INITIAL APPROVAL

### Particulate Matter and PM₁₀ BACT:

*Circulating Fluidized Bed Boiler* (AIRS Point ID: 004):

High efficiency fabric filter baghouse shall be used for control of emissions of filterable particulate matter. Emissions of filterable particulate matter shall not exceed 0.015 pound per million BTU of heat input, averaged for the duration of the compliance test/s. Maximizing the heat transfer from the combustion gases, thus maximizing the condensation prior to the baghouse, shall be utilized to minimize emissions of condensable particulate matter. Condensable particulate matter emissions shall not exceed **0.02** pound per mmBtu heat input.

These condensable particulate matter emissions need to be quantified by sufficient testing to establish the actual emissions, and to adjust the emission limit. If testing establishes the condensable particulate emissions limit is not reasonably achievable, an increase in the emission limit shall be requested.

Any request for an increase in the particulate emission limit(s) shall be accompanied by appropriate impact modeling to demonstrate compliance with various requirements. The Division will take into consideration any previous modeling that may have been conducted by the permittee and approved by the Division.

Except during periods of startup / shutdown, 6-minute average opacity shall not be in excess of 10 %. During startup / shutdown, opacity shall not exceed the limits specified under visible emissions condition.

*Coal Handling, Storage, and Preparation* (AIRS Point IDs: 005, 006, 007, 008, 009, 010, and 011):

High efficiency baghouse shall be used for control of emissions of particulate matter. Emissions shall not exceed those determined as BACT, and specified below:

| Source Description | Source ID | AIRS Point ID # | ACFM | BACT Std (grains/dscf) | TSP/PM₁₀ (lbs per ton) | Opacity (%) |
|---|---|---|---|---|---|---|
| Coal Railcar Unloading System | C1 | 005 | 53,000 | 0.005 | 0.0361 | 10 |
| Coal Dome Filing System | C2 | 006 | 5,000 | 0.005 | 0.0034 | 10 |
| Coal Storage Dome | C3A & C3B | 007 | 5,000 | 0.005 | 0.0034 | 10 |
| Coal Reclaim System | C4 | 008 | 3,100 | 0.005 | 0.0021 | 10 |
| Coal Crushing System | C5 | 009 | 13,760 | 0.005 | 0.0094 | 10 |
| Coal Conveying System | C6 | 010 | 5,000 | 0.005 | 0.0034 | 10 |
| Three Day Coal Silos | C7 | 011 | 20,140 | 0.005 | 0.0137 | 10 |

### Particulate Matter and PM₁₀ BACT CONTD.:

*Limestone Handling, Processing and Storage* (AIRS Point IDs: 012, 013 and 014):

High efficiency baghouse shall be used for control of emissions of particulate matter. Emissions shall not exceed those determined as BACT, and specified below:

| Source Description | Source ID | AIRS Point ID # | ACFM | BACT Std (grains/dscf) | TSP/PM₁₀ (lbs per ton) | Opacity, % |
|---|---|---|---|---|---|---|
| Limestone Unloading Pit | L1 | 012 | 43,000 | 0.005 | 0.3222 | 10 |
| Limestone Processing & Storage | L2 | 013 | 1,600 | 0.010 | 0.0360 | 10 |
| Limestone Day Silo | L3 | 014 | 1,300 | 0.010 | 0.0390 | 10 |

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                                         Air Pollution Control Division

**Lamar Utilities Board**
Permit No. 05PR0027
INITIAL APPROVAL

*Ash (used as inert material) Handling* (AIRS Point IDs: 0015, and 016):

High efficiency baghouses shall be used for control of emissions of particulate matter. Emissions shall not exceed those determined as BACT, and specified below:

| Source Description | Source ID | AIRS Point ID # | ACFM | BACT Std (grains/dscf) | TSP/PM$_{10}$ (lbs per ton) | Opacity, % |
|---|---|---|---|---|---|---|
| Ash Vacuum Blower System | A1 | 015 | 1,340 | **0.010** | 0.0290 | 10 |
| Ash Storage & Holding Silo | A2 | 016 | 75 | **0.010** | 0.0016 | 10 |

*Trackmobile Railcars Mover Powered By Diesel Engine* (AIRS Point ID:  017):

BACT for this source is determined as limited use (load and operation), and PM and PM$_{10}$ emissions shall not exceed **0.043** pound per mmBtu heat input.

*Emergency Coal Stockpile* (No AIRS Point ID assigned):

Use of this emergency stockpile is considered as an upset condition, and shall be reported to the Division under those provisions. The stockpile shall be reclaimed with minimum delay, and during the time stockpile is required, emission suppression measures such as water spray or foam blankets shall be used.

*Emergency Fire Water Pump Powered By Diesel Engine* (AIRS Point ID:  002):

TSP/PM$_{10}$ BACT is determined as limited operation, and application of "Good Combustion Management Practices," and emissions of PM/PM$_{10}$ shall not exceed **0.08** pound per mmBtu heat input.

*Fugitive Particulate Matter Emission Sources* (APEN exempt):

The following emission control measures put together, is determined as BACT:

> Water wash-down-systems shall be used for flushing down any accumulated dust on walkways, platforms, and other surfaces to prevent re-entrainment of the dust into the atmosphere.

> On-site haul roads shall be paved, and these surfaces shall be inspected at least once each day in which hauling activities occur, and cleaned as needed. Various cleaning methods shall be used depending on the extent of dust accumulations.

> All transport vehicles containing substances that potentially generate fugitive particulate matter emissions (such as trucks containing limestone, inert material, or ash) shall be fully enclosed, or covered with a mechanical closing lid or a tight tarp-like cover at all times while on the facility grounds except during loading / unloading operations. Railcars containing coal are not considered transport vehicles and are not required to be fully enclosed.

> Emissions from emergency coal stockpile shall be effectively controlled with water dust suppression system.

**AIRS POINT IDs:  099/0006/002 - 018**

**Lamar Utilities Board**
Permit No. 05PR0027
INITIAL APPROVAL

### Carbon Monoxide (CO) BACT:

*Circulating Fluidized Bed (CFB) Boiler* (AIRS Point ID:  004):

BACT is determined as "Good Combustion Management Practice." Emission of Carbon Monoxide shall not exceed **76.5** pound per hour based on a rolling 3-hour average.

*Trackmobile Railcars Mover, Diesel Engine* (AIRS Point ID:  017):

Limited operation of the unit and "Good Combustion Management Practices" combination is determined as BACT.  Emissions of Carbon Monoxide shall not exceed **0.74** pound per mmBtu heat input.

*Emergency Fire Water Pump, Diesel Engine* (AIRS Point ID: 002):

Limited operation of the engine and "Good Combustion Management Practices" combination is determined as BACT.  Emissions of Carbon Monoxide shall not exceed **0.61** pound per mmBtu heat input.

### Sulfur Dioxide BACT:

*Circulating Fluidized Bed Boiler (CFB) Boiler* (AIRS Point ID: 004):

Injection of limestone into the circulating fluidized bed during combustion of coal to absorb Sulfur Dioxide.  Emissions of Sulfur Dioxide shall not exceed a daily average of **0.103** pound per mmBtu heat input.

*Trackmobile Railcars Mover, Diesel Engine* (AIRS Point ID:  017):

Limited operations and use of low-sulfur diesel fuel is determined as BACT. Diesel sulfur content shall not exceed **0.05** % by weight and emissions of Sulfur Dioxide shall not exceed **0.051** pound per mmBtu heat input.

*Emergency Fire Water Pump, Diesel Engine (*AIRS Point ID: 002):

Limited operations and use of low-sulfur diesel fuel is determined as BACT. Diesel sulfur content shall not exceed **0.05** % by weight and emissions of Sulfur Dioxide shall not exceed **0.06** pound per mmBtu heat input.

5.     In respect of air pollutants not specifically covered under BACT condition, Prevention of Significant Deterioration (PSD) requirements shall apply to the specific air pollutant at any such time that emissions of the specific air pollutant becomes significant for PSD solely by virtue of a relaxation in any permit condition. Any relaxation that increases the potential to emit above the applicable PSD threshold will require a full PSD review of the source as though construction had not yet commenced on the source.  The source shall not exceed the PSD threshold until a PSD permit is granted.  Records of the analysis, documenting that major modification was not triggered for these pollutants, shall be kept at site, and made available to the Division for review on request.  These records shall be updated whenever emission changes occur at this facility. (Reference: Regulation No.3, Part D, Section VI. B. 4.)

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                                Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

6.    "Good Combustion Management Practices" shall include but not limited to monitoring and control of several operating parameters.   Specific details defining Good Combustion Management Practices for each applicable emission source and pollutants shall be included in the required operating and maintenance plan and recordkeeping formats.

7.    Various emission sources are subject to Regulation No. 6-Standards of Performance for New Stationary Sources, including, but not limited to, the following:

Part A-Federal Register Regulations (Chapter 1, Title 40 CFR Part 60) Adopted By Reference:

| NSPS Subpart Da | | | |
|---|---|---|---|
| Source Description | Pollutants | Standards /Requirements | Citation(s) |
| Coal-fired boiler (AIRS Point 004) | Particulate Matter (PM & $PM_{10}$) | 0.015 lb/mmBtu | § 60.42 Da (c)(2) |
| | | 20 % opacity (except one 6min period per hour of not more than 27 %) | 60.42 Da (b) |
| | | Continuous Opacity Monitoring | § 60.49 Da (a) |
| | Sulfur Dioxide ($SO_2$) | 1.4 lb/MWh (30-day rolling average) | § 60.43 Da (i)(1)(i) |
| | | OR 95 % reduction (30-day rolling average) | § 60.43 Da (i)(1)(ii) |
| | Sulfur Dioxide ($SO_2$) | Continuous Emission Monitoring (CEM) | § 60.49 Da (b) |
| | Nitrogen Oxides (expressed as $NO_2$) | 0.5 lb/mmBtu (30-day rolling average); 65 % reduction | § 60.44 Da (a)(1)&(2) |
| | | 1.0 lb/MWh (30-day rolling average) | § 60.44 Da (e)(1) |
| | | Continuous Emission Monitoring | § 60.49 Da (c)(1) |
| | $O_2$ or $CO_2$ | Continuous Monitoring for Oxygen ($O_2$) or Carbon Dioxide ($CO_2$) | § 60.49 Da (d) |
| | Mercury from bituminous coal | 0.020 lb/Gigawatt-hour output (12 month rolling average) | § 60.45 Da (a)(1) |
| | Mercury from sub-bituminous coal with dry FGD for $SO_2$ control | 0.097 lb/Gigawatt-hour output (12 month rolling average) | § 60.45 Da (a)(2)(ii) |
| | Mercury (Hg) | Continuous Emission Monitoring | § 60.49 Da (p) |
| | | OR Sorbent Trap Monitoring | § 60.49 Da (q) |

| NSPS Subpart Y | | | |
|---|---|---|---|
| Source Description | Pollutants | Standards /Requirements | Citation(s) |
| (AIRS Points 005–011) Coal handling and preparation | Particulate Matter | Opacity shall be lesser 20 %. | § 60.252(c) |

**AIRS POINT IDs:  099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                                                    Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

| NSPS Subpart OOO | | | |
|---|---|---|---|
| (Note:  If a crusher is not installed at this facility, NSPS Subpart will no longer apply) | | | |
| Source Description | Pollutants | Standards /Requirements. | Citation(s) |
| (AIRS Points 012 - 014) Limestone processing and handling system | Particulate Matter | 0.022 grain per dscf | § 60.672(a)(1) |
| | | 7 % Opacity | § 60.672(a)(2) |
| | | 10 % Opacity for fugitive emissions | § 60.672(b) |

| NSPS Subpart IIII | | | |
|---|---|---|---|
| Source Description | Pollutants | Standards /Requirements | Citation(s) |
| (AIRS Points 002) 373 hp Diesel Engine (EMERGENCY) | NOx | 4.0 grams per kW-hour | These requirements will apply if the unit is an emergency unit that is not a Fire Pump |
| | CO | 3.5 grams per kW-hour | |
| | PM/PM₁₀ | 0.4 grams per kW-hour | § 60.112 |
| (AIRS Points 002) 373 hp Diesel Engine (FIRE PUMP) | NMHC + NOx | 7.8 grams per horsepower-hour | These requirements will apply if the unit is a Fire Pump that is NEPA certified |
| | CO | 2.6 grams per horsepower-hour | |
| | PM/PM₁₀ | 0.4 grams per horsepower-hour | § 60.4205 (c) Table 4 to Subpart IIII |
| (AIRS Points 002) 373 hp Diesel Engine | Fuel Sulfur Content requirement starting from October 1, 2007 | (1)  Sulfur content of fuel used shall not exceed 500 ppm.<br>(2)  Fuel used shall have a minimum cetane index of 40 or have a maximum aromatic compound content of 35% by volume. | § 60.4207 (a) |
| | Fuel Sulfur Content requirement starting from October 1, 2010 | (1)  Sulfur content of fuel used shall not exceed 15 ppm.<br>(2)  Fuel used shall have cetane index of 40 or have a maximum aromatic compound content of 35% by volume. | § 60.4207 (b) |
| | Compliance shall be demonstrated by maintaining copies of the fuel specifications provided by the supplier onsite or in a readily accessible location and made available to the Division for inspection upon request | | § 60.4207 (a) & (b) |

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

### NSPS Subpart IIII Contd.

| | | |
|---|---|---|
| (AIRS Points 002) 373 hp Diesel Engine Contd. | A non-resettable hour meter shall be install prior to startup of the engine. | § 60.4209 (a) |
| | Diesel particulate filter (if used) must be installed with a backpressure monitor that notifies the owner or operator when the high backpressure limit of the engine is approached. | § 60.4209 (b) |
| | All engines and control devices must be installed, configured, operated, and maintained according to the specifications and instructions provided by the engine manufacturer. | § 60.4211 (a) |
| | IF a diesel particulate filter is used, the owner or operator must keep records of any corrective action taken after the backpressure monitor has notified the owner or operator that the high backpressure limit of the engine is approached. | § 60.4214 (c) |

## Part B-Specific Facilities and Sources (Colorado State NSPS)

| Source Description | Pollutants | Standards /Requirements | Citation(s) |
|---|---|---|---|
| (AIRS Point 004) Coal-fired boiler | Sulfur Dioxide | 0.4 lb/mmBtu heat input Based on 3-hour rolling average | Regulation No. 1, VI. B. 4. a. iii. |

In addition, the following requirements of Regulation No. 6, Part A, Subpart A, General Provisions, apply.

a.   At all times, including periods of start-up, shutdown, and malfunction, the facility and control equipment shall, to the extent practicable, be maintained and operated in a manner consistent with good air pollution control practices for minimizing emissions. Determination of whether or not acceptable operating and maintenance procedures are being used will be based on information available to the Division, which may include, but is not limited to, monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source. (Reference: Regulation No. 6, Part A. General Provisions from 40 CFR 60.11

b.   No article, machine, equipment or process shall be used to conceal an emission that would otherwise constitute a violation of an applicable standard. Such concealment includes, but is not limited to, the use of gaseous diluents to achieve compliance with an opacity standard or with a standard that is based on the concentration of a pollutant in the gases discharged to the atmosphere. (§ 60.12)

c.   Written notification of construction and initial startup dates shall be submitted to the Division as required under § 60.7.

d.   Records of startups, shutdowns, and malfunctions shall be maintained, as required under § 60.7.

e.   Written notification of continuous monitoring system demonstrations shall be submitted to the Division as required under § 60.7.

f.   Written notification of opacity observation or monitor demonstrations shall be submitted to the Division as required under § 60.7.

g.   Excess Emission and Monitoring System Performance Reports shall be submitted as required under § 60.7.

h.   Performance tests shall be conducted as required under § 60.8.

i.   Compliance with opacity standards shall be demonstrated according to § 60.11.

j.   Continuous monitoring systems shall be maintained and operated as required under § 60.13.

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                                                      Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

8.    Various emission sources shall be equipped with emission control systems or device(s) capable of reducing the uncontrolled pollutant emissions by at least the control efficiencies specified in Attachment A. These control systems and device(s) shall be inspected, monitored, maintained, renewed, and operated as per the recommendations of the manufacturers to ensure ongoing satisfactory performance. Records of such inspection, monitoring, maintenance, and operation shall be maintained, and made available to the Division for inspection upon request.

9.    Materials consumption, throughput and activities for all the emission sources in the Lamar Repowering Project facility shall be limited to the rates listed below, those for individual equipment and activities shall be limited to the rates specified in Attachment A, and all other activities, operational rates and numbers of equipment as stated in the application. Monthly records of the actual consumption rate shall be maintained by the applicant and made available to the Division for inspection upon request. (Reference: Regulation No. 3, Part B, Section II. A. 4.)

> Coal processing and storage shall not exceed **23, 414** tons per month and **275,677** tons per year.
> Coal combustion in the Boiler shall not exceed **23, 414** tons per month and **275,677** tons per year
> *(Based on a coal high heat value of 8,100 Btu per pound)*
> Natural gas combustion shall not exceed **130.12** mmscf per month and **1,532** mmscf per year.
> Limestone processing and storage shall not exceed **1,418** tons per month, and **16,700** tons per year.
> Limestone consumption in the Boiler shall not exceed **1,418** tons per month, and **16,700** tons per year.
> Fly ash storages and throughput shall not exceed **2,943** tons per month, and **34,646** tons per year.
> Low Sulfur Diesel Fuel consumption for the Trackmobile shall not exceed **3,695** gallons per month and **43,500** gallons per year
> *(Based on fuel heat value of 139,000 Btu/gallon and diesel fuel sulfur content shall not to exceed 0.05 % by weight).*
> *(Monthly emission limits are based on a 31-day month basis)*

During the first twelve (12) months of operation, compliance with both the monthly and yearly consumption limitations shall be required. After the first twelve (12) months of operation, compliance with only the yearly limitation shall be required. Compliance with the yearly consumption limits shall be determined on a rolling twelve (12) month total.

10.   Total emissions of air pollutants from all the equipment / activities of the Lamar Repowering Project shall not exceed the following limitations (as calculated in the Division's preliminary analysis). Compliance with the annual limits shall be determined on a rolling (12) month total. By the end of each month a new twelve month total is calculated based on the previous twelve months' data. The permit holder shall calculate monthly emissions and keep a compliance record on site for Division review. (Reference: Regulation No. 3, Part B, Section II.A.4)

| | |
|---|---|
| Particulate Matter (TSP)-Filterable: | **4.1** tons per month and **48.1** tons per year. |
| Particulate Matter<10 $\mu$m ($PM_{10}$) -Filterable: | **4.1** tons per month and **47.9** tons per year. |
| Particulate Matter (TSP) -Condensable from boiler: | **3.8** tons per month and **44.7** tons per year. |
| Particulate Matter<10 $\mu$m ($PM_{10}$) -Condensable: | **3.8** tons per month and **44.7** tons per year. |
| Sulfur Dioxide: | **19.6** tons per month and **230.2** tons per year. |
| Nitrogen Oxides: | **17.4** tons per month and **205.0** tons per year. |
| Carbon Monoxide: | **28.7** tons per month and **338.1** tons per year. |
| Volatile Organic Compounds: | **11.5** tons per year. |
| Hydrochloric Acid (HCl): | **10.5** tons per year. |
| Fluorides: | **2.0** tons per year. |
| Sulfuric Acid Mist: | **2.5** tons per year. |
| Mercury (all sub-bituminous coal): | **38** pounds per year. |
| Mercury (all bituminous coal): | **8** pounds per year. |

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

These emission limits are based on conservative factors and emission control efficiencies. These limits may be adjusted to reflect the results of the stack tests.

During the first twelve (12) months of operation, compliance with both the monthly and yearly emission limitations shall be required. After the first twelve (12) months of operation, compliance with only the yearly limitation shall be required. Compliance with the yearly emission limits shall be determined on a rolling twelve (12) month total.

11.    Source compliance tests shall be conducted on the boiler and fabric filter baghouses controlling emissions from various materials handling and processing equipment, to measure the emission rate(s) for the pollutants listed below in order to show compliance with emission limits / standards, to demonstrate the performance of the emission control devices / systems, and to calibrate and certify the continuous emission monitoring systems. The test protocol/s must be in accordance with the requirements of the Air Pollution Control Division Compliance Test Manual and shall be submitted to the Division for review and approval at least thirty (30) days prior to testing. No compliance test shall be conducted without prior approval from the Division. Any stack test conducted to show compliance with a monthly or annual emission limitation shall have the results projected up to the monthly or annual averaging time by multiplying the test results by the allowable number of operating hours for that averaging time (Reference: Regulation No. 3, Part B., Section III. G. 3)

Coal-fired boiler referenced under AIRS POINT ID:  004

Filterable Particulate Matter using EPA approved methods.
Condensable Particulate Matter using EPA approved methods.
Sulfur Dioxide using EPA approved methods.
Oxides of Nitrogen using EPA approved methods.
Carbon Monoxide using EPA approved methods.
Mercury using EPA approved methods.
Opacity using EPA approved methods.

Materials handling / processing:

Particulate Matter using EPA approved methods.
Opacity using EPA approved methods.

The test protocol shall identify, for Division approval, which emission points will be tested. If there are difficulties of testing specific emission points, these may be indicated. With the approval for the test protocol, the Division will identify emission points that are required to be tested.

12.    In addition to the continuous emission monitoring systems specified under Regulation No. 6, Part A, requirement, the boiler shall be equipped a continuous emission monitoring system (CEMS) for Carbon Monoxide. All CEMS shall be capable of measuring and recording the emissions of those pollutants, and to show compliance with the emission limits (pounds per mmBtu heat input or lbs. per hour as applicable, tons per month, and tons per year). These CEMS shall conform to § 60.13 (incorporated to Regulation No. 6, Part A, Subpart A by reference). The CEMS shall also satisfy the requirements specified in Federal Register Regulations, Chapter 1, Title 40, CFR Parts 72, 75 and 76 (Note: The fluidized boiler is not subject the requirements of Part 76).

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

13.     A Revised Air Pollutant Emission Notice (APEN) shall be filed:  (Reference: Regulation No. 3, Part A, Section II.C.)

a.     Annually whenever a significant increase in emissions occurs as follows:

**For any criteria pollutant:**

For sources emitting **less than 100 tons per year**, a change in actual emissions of five tons per year or more, above the level reported on the last APEN submitted; or

For sources emitting **100 tons per year or more**, a change in actual emissions of five percent or 50 tons per year or more, whichever is less, above the level reported on the last APEN submitted; or

A change in actual emissions, above the level reported on the last APEN submitted, of 50 pounds of lead

**For any non-criteria reportable pollutant:**

If the emissions increase by 50% or five (5) tons per year, whichever is less, above the level reported on the last APEN submitted to the Division.

b.     Whenever there is a change in the owner or operator of any facility, process, or activity; or

c.     Whenever new control equipment is installed, or whenever a different type of control equipment replaces an existing type of control equipment; or

d.     Whenever a permit limitation must be modified; or

e.     No later than 30 days before the existing APEN expires.

14.     At all times, including periods of start-up, shutdown, and malfunction, the facility and control equipment shall, to the extent practicable, be maintained and operated in a manner consistent with good air pollution control practices for minimizing emissions.  Determination of whether or not acceptable operating and maintenance procedures are being used will be based on information available to the Division, which may include, but is not limited to, monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source.  (Reference: Regulation No. 6, Part A. General Provisions from 40CFR60.11)

15.     This source is subject to the provisions of Regulation No. 3, Part C, Operating Permits (Title V of the 1990 Federal Clean Air Act Amendments). The provisions of this construction permit must be incorporated into the operating permit.  The application for the modification to the Operating Permit is due within one year of commencing operation of the equipment covered by this permit.  (Reference Reg. 3, Part C, II.B.2)

16.     All previous versions of this permit are canceled upon issuance of this permit.

17.     The manufacturer, model number and serial number of the subject equipment shall be provided to the Division prior to Final Approval. (Reference: Regulation No. 3, Part B, Section III. E.)

18.     Within one hundred and eighty days (180) after commencement of operation, the applicant shall submit to the Division for approval an operating and maintenance plan for all control equipment and control practices, and a proposed record keeping format that will outline how the applicant will maintain compliance on an ongoing basis with the requirements of condition nos. **4, 7, 9 , 10** and **11** listed above. The operating and maintenance plan shall commence at startup. (Reference: Regulation No. 3, Part B, Section III.G.7.)

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                                    Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

19.    Within one hundred and eighty days (180) after commencement of operation, compliance with the
       conditions contained on this permit shall be demonstrated to the Division. It is the permittee's responsibility
       to self certify compliance with the conditions. Failure to demonstrate compliance within 180 days may result
       in revocation of the permit. (Information on how to certify compliance was mailed with the permit.)

20.    This permit shall expire if the owner or operator of the source for which this permit was issued: (i) does not
       commence construction/modification or operation of this source within 18 months after either the date of
       issuance of this initial approval permit or the date on which such construction or activity was scheduled to
       commence as set forth in the permit application associated with this permit; (ii) discontinues construction for
       a period of eighteen months or more; or (iii) does not complete construction within a reasonable time of the
       estimated completion date (See General Condition No. 6., Item 1.). Upon a showing of good cause by the
       permittee, the Division may grant extensions of the permit. (Reference: Regulation No. 3, Part B, Section
       III.F.4.)


Sunday A. Adeyi, P.E.                         R. K. Hancock III, P.E.
Permit Reviewer                               Unit Leader

Initial Approval:    Issued on February 3, 2006.
Modification No. 1:  This modification is considered as part of initial application and it includes (1) locomotive replacement, and (2) various
                     emissions points' re-designation and redefinition. Also the permit has been revised to include the Fire Pump engine because
                     of NSPS Subpart IIII requirements, since the unit is a diesel fired compression ignition (CI) internal combustion engine (ICE).


**AIRS POINT IDs: 099/0006/002 - 018**

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

Notes to Permit Holder:

These are for information purposes only and not intended to be enforceable conditions.

1)  The consumption / throughput and emission limits contained in this permit are based on those requested in the permit application. These limits may be revised upon request of the permittee providing there is no exceedance of any specific emission control regulation or any ambient air quality standard. A revised air pollution emission notice (APEN) and application form must be submitted with a request for a permit revision.

2)  This source is subject to the Common Provisions Regulation Part II, Subpart E, Upset Conditions and Breakdowns. The permittee shall notify the Division of any upset condition which causes a violation of any emission limit or limits stated in this permit as soon as possible, but no later than two (2) hours after the start of the next working day, followed by written notice to the Division explaining the cause of the occurrence and that proper action has been or is being taken to correct the conditions causing said violation and to prevent such excess emission in the future.

3)  This source is classified as a:   Major Source Stationary Source.
                         At a:   Major Source for PSD and Operating Permit requirements.

4)  The following emissions of non-criteria reportable air pollutants are established based upon the throughput / consumptions as indicated in this permit. This information is listed to inform the operator of the Division's analysis of the specific compounds. This information is listed on the Division's emission inventory system.

| C.A.S.# | SUBSTANCE | EMISSIONS [LB/YR] |
|---------|-----------|-------------------|
| 71-43-2 | Benzene | 367 |
| 0 | Cyanide Compounds | 670 |
| 50-00-0 | Formaldehyde | 115 |
| 7647-01-0 | Hydrochloric acid | 20,945 |
| 7664-39-3 | Hydrogen fluoride | 2,769 |
| 0 | Mercury | 38 |
| 0 | Selenium Compounds | 983 |
| 7664-93-9 | Sulfuric Acid | 5,047 |
| 0 | Thallium Compounds | 2,546 |

5)  The emission levels contained in this permit are based on the following emission factors:

**Diesel fuel-fired Fire Pump (AIRS PT ID: 002)** (pounds per mmBtu heat input)

| Pollutants | EmiFactor (lbs./mmBtu) | Emission Controls | ContEff. % |
|------------|------------------------|-------------------|------------|
| Particulate Matter (PM)-Filterable | 0.0786 | None | 0.00 |
| $PM_{10}$ – Filterable | 0.0786 | None | 0.00 |
| Sulfur Dioxide | 0.0510 | None | 0.00 |
| Nitrogen Oxides | 1.3704 | None | 0.00 |
| Volatile Organic Compounds | 0.1572 | None | 0.00 |
| Carbon Monoxide | 0.6003 | None | 0.00 |

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

### Coal-fired boiler (AIRS PT ID:  004-A) (pounds per mmBtu heat input)

| Pollutant | EmiFactor (lbs./mmBtu) | Emission Controls | ContEff. % |
|---|---|---|---|
| Particulate Matter (PM)-Filterable | 8.8235 | Fabric filter baghouse | 99.83 |
| $PM_{10}$ – Filterable | 8.8235 | Fabric filter baghouse | 99.83 |
| PM – Condensable | 0.0200 | None | 00.00 |
| $PM_{10}$ – Condensable | 0.0200 | | 00.00 |
| Sulfur Dioxide | 1.4799 | Limestone Injection | 93.04 |
| Nitrogen Oxides | 0.0900 | | 00.00 |
| Volatile Organic Compounds | 0.0050 | "Good Combustion" | 00.00 |
| Carbon Monoxide | 76.5 lbs./hour | | 00.00 |
| Mercury | Allowable Standards, NSPS, Da | | |
| Selenium Compounds | 0.00022 | | 00.00 |
| Thallium Compounds | 0.00057 | | 00.00 |
| Cyanide Compounds | 0.00015 | "Good Combustion" | 00.00 |
| Hydrochloric Acid | 0.00469 | | 00.00 |
| Hydrofluoric Acid | 0.00062 | | 00.00 |
| Sulfuric Acid | 0.00113 | | 00.00 |

### Trackmobile Railcars Mover (AIRS PT ID: 017) (pounds mmBtu Heat Input):

| Pollutant | EmiFactor (lbs./mmBtu) | Emission Controls | ContEff. % |
|---|---|---|---|
| Particulate Matter (PM)-Filterable | 0.0426 | None | 00.00 |
| $PM_{10}$ – Filterable | 0.0426 | | 00.00 |
| PM – Condensable | ---------- | | 00.00 |
| $PM_{10}$ – Condensable | ---------- | | 00.00 |
| Sulfur Dioxide | 0.0511 | | 00.00 |
| Nitrogen Oxides | 0.8524 | "Good Combustion" | 00.00 |
| Volatile Organic Compounds | 0.0455 | | 00.00 |
| Carbon Monoxide | 0.7388 | | 00.00 |

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

### Materials handling, processing (AIRS PT ID: 005 through 016) (pounds per ton of material):

These factors have been derived based on:
Particulate matter emissions controlled by fabric filter baghouses.
Baghouse outlet grain loading 0.005 grain per actual cubic foot for baghouses with greater than 3,000 ACFM air flow, and 99.50 % control efficiency for both PM and $PM_{10}$
Baghouse outlet grain loading 0.01 grain per actual cubic foot for baghouses with less than 3,000 ACFM air flow, and 99.00 % control efficiency for both PM and $PM_{10}$

| AIRS PT ID | Emission Source | Emission Factor (lbs./ton) | Emission Controls | Control Efficiency, % |
|---|---|---|---|---|
| 005 | C1: Coal unloading from railcars | 7.22 | Fabric Filter | 99.50 |
| 006 | C2: Coal Head boxes | 0.68 | Fabric Filter | 99.50 |
| 007 | C3A & C3B: Coal Domes | 0.68 | Fabric Filter | 99.50 |
| 008 | C4: Coal Reclaim | 0.42 | Fabric Filter | 99.50 |
| 009 | C5: Coal Crusher | 1.88 | Fabric Filter | 99.50 |
| 010 | C6: Coal Transfer | 0.68 | Fabric Filter | 99.50 |
| 011 | C7: Coal Day Silo | 2.74 | Fabric Filter | 99.50 |
| 012 | L1: Limestone Unloading | 64.44 | Fabric Filter | 99.50 |
| 013 | L2: Limestone Crusher | 3.60 | Fabric Filter | 99.00 |
| 014 | L3: Limestone Day Silo | 3.90 | Fabric Filter | 99.00 |
| 015 | A1: Ash Vacuum | 2.90 | Fabric Filter | 99.00 |
| 016 | A2: Ash Silo | 0.16 | Fabric Filter | 99.00 |

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                                        Air Pollution Control Division

**Lamar Utilities Board**
Permit No. 05PR0027
INITIAL APPROVAL

### ATTACHMENT A
### DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT
### FOR LAMAR REPOWERING PROJECT

| AIRS PT ID | Process/Equipment Description<br>Make, Model, Serial Number, Design Rate, Capacity, Dimensions, Construction Details, Consumption/Throughput, Emission Controls, and Emissions | Remarks /Specific Provisions |
|---|---|---|
| 002 | One (1) diesel fuel-fired, compression ignition (CI), Reciprocating Internal Combustion Engine powering an emergency fire pump, rated at 373 horsepower, identified as PE1.<br><br>Process Rate Limit:<br>Diesel fuel consumption in the Emergency/Fire Pump Engine:   10,285 gallons per year<br>(Based on diesel fuel heating value of 0.139 mmBTU per gallon)<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:        **0.1 tons per year**<br>$PM_{10}$ - Filterable:        **0.1 tons per year**<br>Nitrogen Oxide:        **1.0 tons per year**<br>Volatile Organic Compounds:        **0.1 tons per year** | BACT: Good Combustion Management Practices" to minimize soot formation.<br>PM /$PM_{10}$ emissions limited to 0.08 pound per mmBtu input;<br>Subject to NSPS, IIII.<br>APEN Required Permit Exempt |
| 004 | One (1) Babcock and Wilcox, Model: N/A, S/N: N/A, bituminous or sub-bituminous coal fired, circulating fluidized bed, steam boiler, site heat input rated at 509.8 mmBtu per hour.  Emissions of Sulfur Dioxide are controlled with limestone injection into the combustion zone.  Emissions of particulate matter are controlled by one (1) Make, Model: N/A, S/N: N/A, high temperature, high efficiency, fabric filter baghouse, gas flow design rated at 180,956 acfm.  This is identified as S004<br><br>Process Rate Limit:<br>Coal consumption in the boiler:        **275,677 tons per year**<br>(Based on coal high heat value of **16.20** mmBTU per ton)<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:        **33.5 tons per year**<br>$PM_{10}$ - Filterable:        **33.5 tons per year**<br>Particulate Matter – Condensable:        **44.7 tons per year**<br>$PM_{10}$ - Condensable        **44.7 tons per year**<br>Sulfur Dioxide:        **230.0 tons per year**<br>Nitrogen Oxide:        **201.0 tons per year**<br>Volatile Organic Compounds:        **11.2 tons per year**<br>Carbon Monoxide:        **335.1 tons per year** | BACT Applicable to:<br>   CO, SO2, PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br>Continuous Emission Monitors<br>Opacity Monitor<br>Calibration and Certification<br><br>CEMs for Nitrogen Oxides, Sulfur Dioxide, Carbon Monoxide, and Oxygen or Carbon Dioxide<br><br>CEM or Sorbent Trap for Mercury Emission monitoring.<br><br>Subject to Federal NSPS Subpart Da for:<br>   Particulate Matter, Sulfur Dioxide, Nitrogen Dioxides, and Mercury<br><br>Subject to Regulation No. 6, Part B,II.D.<br><br>Emission limits include emissions from natural gas combustion used for startup only. |

**AIRS POINT IDs:  099/0006/002 - 018**

Colorado Department of Public Health and Environment
Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

### ATTACHMENT A CONTD.
### DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT
### FOR LAMAR REPOWERING PROJECT

| | | |
|---|---|---|
| 005 | One (1) Custom-built, Railcars coal unloading system, rated at **300** tons per hour, operated under negative pressure and vented through one efficient fabric filter baghouse with air flow design rated at **53,000** acfm and identified as **C1**.<br><br>Process Rate Limit:<br>Coal unloaded from Railcars:          275,677 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:      **5.0** tons per year<br>$PM_{10}$ - Filterable:          **5.0** tons per year | BACT Applicable to:<br>  PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart Y:<br>  Opacity shall not equal or exceed 20 %. |
| 006 | One (1) Custom-built, Coal Dome filling system consisting of two (2) Headboxes and loading Spouts vented through one efficient fabric filter baghouse with air flow design rated at **5,000** acfm and identified as **C2**<br><br>Process Rate Limit:<br>Coal Throughput in the Dome Head boxes:      275,677 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:      **0.5** tons per year<br>$PM_{10}$ - Filterable:          **0.5** tons per year | BACT Applicable to:<br>  PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart Y:<br>Opacity shall not equal or exceed 20 %. |
| 007 | Two (2) Custom-built, bituminous or sub-bituminous Coal Storage Dome with a holding capacity of 6,000 tons, each separately vented through an efficient fabric filter baghouse with air flow design rated at **5,000** acfm and identified as Vents **C3A** and **C3B** respectively.<br><br>Process Rate Limit:<br>Coal Throughput in the Domes:      275,677 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:      **1.0** tons per year<br>$PM_{10}$ - Filterable:          **1.0** tons per year | BACT Applicable to:<br>  PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart Y:<br>Opacity shall not equal or exceed 20 %. |
| 008 | One (1) Custom-built, Starvac Coal Reclaim System, vented through one efficient fabric filter baghouse with air flow design rated at 3,100 acfm and identified as **C4**<br><br>Process Rate Limit:<br>Coal Throughput in the Dome Reclaim Area:      275,677 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:      **0.3** tons per year<br>$PM_{10}$ - Filterable:          **0.3** tons per year | BACT Applicable to:<br>  PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart Y:<br>Opacity shall not equal or exceed 20 %. |

**AIRS POINT IDs: 099/0006/002 – 018**

Colorado Department of Public Health and Environment
Air Pollution Control Division

**Lamar Utilities Board**
Permit No. 05PR0027
INITIAL APPROVAL

**ATTACHMENT A CONTD.**
**DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT**
**FOR LAMAR REPOWERING PROJECT**

| | | |
|---|---|---|
| 009 | Coal Crushing System, design rated at **150** ton per hour and vented through one efficient fabric filter baghouse with air flow design rated at 13,760 acfm and identified as **C5**.<br><br>Process Rate Limit:<br>Coal Processing:                    275,677 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:  **1.3** tons per year<br>$PM_{10}$ - Filterable:                 **1.3** tons per year | BACT Applicable to:<br>  PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart Y:<br>Opacity shall not equal or exceed 20 %. |
| 010 | One (1) coal conveying system comprising two (2) Conveyor Belts and one (1) Transfer Tower in between the two conveyors, vented through one efficient fabric filter baghouse with air flow design rated at **5,000** acfm and identified as **C6**.<br><br>Process Rate Limit:<br>Coal Transfer:                       275,677 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:  **0.5** tons per year<br>$PM_{10}$ - Filterable:                 **0.5** tons per year | BACT Applicable to:<br>  PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart Y:<br>Opacity shall not equal or exceed 20 %. |
| 011 | Three (3) Custom-built, Day Silos with a holding capacity of **180** tons each, for crushed coal storage prior to feeding into the boiler steam furnace, and vented through one efficient fabric filter baghouse with air flow design rated at **20,140** acfm and identified as **C7**.<br><br>Process Rate Limit:<br>Coal Throughput in the Day Silos     275,677 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:  **1.9** tons per year<br>$PM_{10}$ - Filterable:                 **1.9** tons per year | BACT Applicable to:<br>  PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart Y:<br>Opacity shall not equal or exceed 20 %. |

**AIRS POINT IDs:  099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                                         Air Pollution Control Division

**Lamar Utilities Board**
Permit No. 05PR0027
INITIAL APPROVAL

### ATTACHMENT A CONTD.
### DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT
### FOR LAMAR REPOWERING PROJECT

| | | |
|---|---|---|
| 012 | One (1) Custom built limestone unloading Pit and hopper. Particulate matter controlled by enclosure under negative pressure, vented through one high efficient fabric filter baghouse with air flow design rated at **43,000 acfm** and identified as **L1**<br><br>Process Rate Limit:<br>Limestone Handling:  **16,700 tons per year**<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:  **2.7 tons per year**<br>PM$_{10}$ - Filterable:  **2.7 tons per year** | BACT Applicable to:<br>  PM and PM$_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart OOO:<br>  PM limited to 0.022 grain per dscf<br>  Opacity from point sources shall not equal or exceed 7 % and<br>  Opacity from fugitive sources shall not equal or exceed 10 % |
| 013 | One (1) Limestone Crusher and one (1) Storage Silo, One (1) limestone unloading Pit and hopper. Particulate matter controlled by enclosure under negative pressure, vented through one high efficient fabric filter baghouse with air flow design rated at 1,600 acfm and identified as **L2**<br><br>As an alternative to the crusher and point L1, pre-crushed limestone may be pneumatically conveyed directly into the storage silo.<br><br>Process Rate Limit:<br>Limestone Handling:  16,700 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:  **0.3 tons per year**<br>PM$_{10}$ - Filterable:  **0.3 tons per year** | BACT Applicable to:<br>  PM and PM$_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart OOO:<br>  PM limited to 0.022 grain per dscf<br>  Opacity from point sources shall not equal or exceed 7 % and<br>  Opacity from fugitive sources shall not equal or exceed 10 %. |
| 014 | One (1) limestone Day Silo for limestone storage prior to injection into the boiler; One (1) limestone unloading Pit and hopper. Particulate matter controlled by enclosure under negative pressure, vented through one high efficient fabric filter baghouse with air flow design rated at 1,300 acfm and identified as **L3**<br><br>Process Rate Limit:<br>Limestone Handling:  16,700 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:  **0.3 tons per year**<br>PM$_{10}$ - Filterable:  **0.3 tons per year** | BACT Applicable to:<br>  PM and PM$_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests<br><br>Subject to Federal NSPS Subpart OOO:<br>  PM limited to 0.022 grain per dscf<br>  Opacity from point sources shall not equal or exceed 7 % and<br>  Opacity from fugitive sources shall not equal or exceed 10 %. |

**AIRS POINT IDs:  099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                           Air Pollution Control Division

**Lamar Utilities Board**
Permit No. 05PR0027
INITIAL APPROVAL

## ATTACHMENT A CONTD.
## DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT
## FOR LAMAR REPOWERING PROJECT

| | | |
|---|---|---|
| 015 | One (1) Custom built Ash Vacuum Blower System, vented through one high efficient fabric filter baghouse with air flow design rated at 1,340 acfm and identified as A1<br><br>Process Rate Limit:<br>Ash Handling:      34,646 tons per year<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:  **0.5 tons per year**<br>$PM_{10}$ - Filterable:  **0.5 tons per year** | BACT Applicable to:<br>  PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests |
| 016 | One (1) Custom built Ash Silo for holding ash collected in the main boiler baghouse (SO4) and in boiler collection bin prior to transport off site. The system is vented through one high efficient fabric filter baghouse with airflow design rated at **75 acfm** and identified as **A2.**<br><br>Process Rate Limit:<br>Ash Handling::  **34,646 tons per year**<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:  **< 0.1 tons per year**<br>$PM_{10}$ - Filterable:  **< 0.1 tons per year** | BACT Applicable to:<br>  PM and $PM_{10}$<br><br>O & M Plan and Recordkeeping Formats<br><br>Compliance Tests |
| 017 | One (1) Trackmobile Titan, Railcars Mover, equipped with a **260** horsepower, Cummins, diesel fuel-fired engine, certified as Tier III Cummins engine and rated at **2.02 mmBtu per hour.**<br><br>Process Rate Limit:<br>Diesel fuel consumption in the Railcars Mover:  **43,500 gallons per year** (Based on diesel fuel heating value of 0.139 mmBTU per gallon)<br><br>Emission Limits:<br>Particulate Matter (PM) – Filterable:  **0.1 tons per year**<br>$PM_{10}$ - Filterable:  **0.1 tons per year**<br>Sulfur Dioxide:  **0.2 tons per year**<br>Nitrogen Oxide:  **2.6 tons per year**<br>Volatile Organic Compounds:  **0.2 tons per year**<br>Carbon Monoxide:  **2.2 tons per year** | BACT: Good Combustion Management Practices" to minimize soot formation. PM /$PM_{10}$ emissions limited to **0.043 pound per mmBtu input.** |

**AIRS POINT IDs:  099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                                        Air Pollution Control Division

**Lamar Utilities Board**
Permit No. 05PR0027
INITIAL APPROVAL

<u>**ATTACHMENT A CONTD.**</u>
<u>**DETAILS OF EQUIPMENT / ACTIVITIES COVERED UNDER THIS PERMIT**</u>
<u>**FOR LAMAR REPOWERING PROJECT**</u>

| | | |
|---|---|---|
| 018 | Truck on-site haul and service roads<br><br>Emission Limits:<br>Fugitive Particulate Matter (PM):  **0.2** tons per year<br>Fugitive $PM_{10}$:  **<0.1** tons per year | BACT: All on-site haul roads to be paved to control PM /$PM_{10}$ fugitive emissions.<br><br>**APEN EXEMPT** |
| | | **End of Attachment A** |

**AIRS POINT IDs: 099/0006/002 - 018**

Colorado Department of Public Health and Environment
                                                              Air Pollution Control Division

## Lamar Utilities Board
Permit No. 05PR0027
INITIAL APPROVAL

### GENERAL TERMS AND CONDITIONS:  (IMPORTANT!  READ ITEMS 5,6,7 AND 8)

1.  This permit is issued in reliance upon the accuracy and completeness of information supplied by the applicant and is conditioned upon conduct of the activity, or construction, installation and operation of the source, in accordance with this information and with representations made by the applicant or applicant's agents.  It is valid only for the equipment and operations or activity specifically identified on the permit.

2.  Unless specifically stated otherwise, the general and specific conditions contained in this permit have been determined by the APCD to be necessary to assure compliance with the provisions of Section 25-7-114.5(7)(a), C.R.S.

3.  Each and every condition of this permit is a material part hereof and is not severable.  Any challenge to or appeal of, a condition hereof shall constitute a rejection of the entire permit and upon such occurrence, this permit shall be deemed denied *ab initio*.  This permit may be revoked at any time prior to final approval by the Air Pollution Control Division (APCD) on grounds set forth in the Colorado Air Quality Control Act and regulations of the Air Quality Control Commission (AQCC), including failure to meet any express term or condition of the permit.  If the Division denies a permit, conditions imposed upon a permit are contested by the applicant, or the Division revokes a permit, the applicant or owner or operator of a source may request a hearing before the AQCC for review of the Division's action.

4.  This permit and any required attachments must be retained and made available for inspection upon request at the location set forth herein.  With respect to a portable source that is moved to a new location, a copy of the Relocation Notice (required by law to be submitted to the APCD whenever a portable source is relocated) should be attached to this permit.  The permit may be reissued to a new owner by the APCD as provided in AQCC Regulation No. 3, Part B, Section II.B. upon a request for transfer of ownership and the submittal of a revised APEN and the required fee.

5.  Issuance (initial approval) of an emission permit does not provide "final" authority for this activity or operation of this source.  Final approval of the permit must be secured from the APCD in writing in accordance with the provisions of 25-7-114.5(12)(a) C.R.S. and AQCC Regulation No. 3, Part B, Section III.G. Final approval cannot be granted until the operation or activity commences and has been verified by the APCD as conforming in all respects with the conditions of the permit.  If the APCD so determines, it will provide written documentation of such final approval, which does constitute "final" authority to operate.  ***Compliance with the permit conditions must be demonstrated within 180 days after commencement of operation.***

6.  **THIS PERMIT AUTOMATICALLY EXPIRES IF** you (1) do not commence construction or operation within 18 months after either the date of issuance of this permit or the date on which such construction or activity was scheduled to commence as set forth in the permit, whichever is later; (2) discontinue construction for a period of 18 months or more; or (3) do not complete construction within a reasonable time of the estimated completion date.  Extensions of the expiration date may be granted by the APCD upon a showing of good cause by the permittee prior to the expiration date.

7.  **YOU MUST notify the APCD at least thirty days (fifteen days for portable sources) prior to commencement of the permitted operation or activity.**  Failure to do so is a violation of Section 25-7-114.5(12)(a), C.R.S. and AQCC Regulation No. 3, Part B, Section III.G.1., and can result in the revocation of the permit.  *You must demonstrate compliance with the permit conditions within 180 days after commencement of operation as stated in condition 5.*

8.  Section 25-7-114.7(2)(a), C.R.S. requires that all sources required to file an Air Pollution Emission Notice (APEN) must **pay an annual fee** to cover the costs of inspections and administration.  If a source or activity is to be discontinued, the owner must notify the Division in writing requesting a cancellation of the permit.  Upon notification, annual fee billing will terminate.

9.  Violation of the terms of a permit or of the provisions of the Colorado Air Pollution Prevention and control Act or the regulations of the AQCC may result in administrative, civil or criminal enforcement actions under Sections 25-7-115 (enforcement), -121 (injunctions), -122 (civil penalties), -122.1 (criminal penalties), C.R.S.

**AIRS POINT IDs:  099/0006/002 - 018**