```
-----Original Message-----
From: Christopher Reinhardt [mailto:Csreinha@smtpgate.dphe.state.co.us]
Sent: Monday, August 31, 2009 4:35 PM
To: virgil.cochran@ci.lamar.co.us
Cc: David Huber; Jeremy Murtaugh
Subject: Lamar Light & Power RATA Protocol Approval
```

Mr. Virgil Cochran:

The Division has received and reviewed the RATA testing protocol submitted by Lamar Light & Power for the Unit 8 coal fired boiler located at the Lamar Light & Power facility in Lamar. I am pleased to inform you that the Division finds this protocol to be acceptable, and the RATA may proceed as scheduled for the week of October 20, 2009 through October 22, 2009 with setup occurring on October 19, 2009. The Division further understands that due to problems associated with commissioning the facility, Lamar Light & Power may not be capable of achieving high and/or mid load levels required for testing on the scheduled test date. If that is the case, and high and/or mid load level test cannot be conducted, the Division will review the need for additional RATA testing when the facility become capable achieving high and/or mid load levels . Please provide notification of any proposed changes to the RATA dates.

Thanks!

Christopher S. Reinhardt



Christopher S. Reinhardt
Field Enforcement Inspector
Colorado Dept. of Public Health & Environment
Air Pollution Control Division
APCD-SS-B1
4300 Cherry Creek Drive South
Denver, Colorado 80246
303-692-3214
303-782-0278 fax
email: Christopher.Reinhardt@state.co.us

