-----Original Message-----
From: Jeremy Murtaugh [mailto:jmmurtau@smtpgate.dphe.state.co.us]
Sent: Friday, September 18, 2009 12:19 PM
To: Virgil Cochran
Cc: Roland Hea
Subject: Re: Lamar req for test extension

Virgil,

Thank for you time during my visit to Lamar Light and Power last Friday.
Regarding upcoming compliance testing currently scheduled for the week of October 19, 2009, the Division has determined the following points will require testing for particulate matter and opacity as specified in Permit Condition 16.

1. Rail Car Unloading (AIRS pt 005)
2. Coal Dome (AIRS pt 007) only one of the coal domes will require testing at this time, which will likely be the South Dome (C3B) due to the inoperability of the north dome (C3A) at this time.
3. Coal Conveyor Dust Collector (AIRS pt 008) 4. Coal Crusher Dust Collector (AIRS pt 009)
5. Coal Day Silos (AIRS pt 011) 6. Fly Ash Silo (AIRS 016)

For material handling points that have been built, but are not included above, the Division expects that opacity observations will be conducted.

The Division understands that due to problems starting up Turbine 8, Lamar Light & Power does not expect to have the capacity to achieve full boiler load by the scheduled test date. The Division expects that LL&P will conduct gas and flow RATA as previously discussed at low load, and if possible, at mid-load, as specified in 40 CFR, Part 75.

In addition to the RATAs, the Division requests that LL&P also conduct testing for HCl and HF emissions from the boiler stack during the testing mobilization the week of October 19th, at the maximum achievable boiler load. Because emissions of HCl and HF is expected to be dependent on fuel content of chlorine and flourines (or chlorides and fluoride), the Division believes that emissions results from testing at a reduced boiler load will be informative of emission rates at higher boiler loads. In short, emissions of HCl and HF are expected to show a linear relationship with coal use and boiler load. This means that test results conducted at 50% boiler load can be extrapolated to 100% load with a reasonable expectation of accuracy.

Let me know if you have any questions.

Jeremy


Jeremy Murtaugh
Environmental Protection Specialist


EXHIBIT
H