# STATE OF COLORADO

Bill Owens, Governor
Dennis E. Ellis, Executive Director

Dedicated to protecting and improving the health and environment of the people of Colorado

4300 Cherry Creek Dr. S.
Denver, Colorado 80246-1530
Phone (303) 692-2000
TDD Line (303) 691-7700
Located in Glendale, Colorado

Laboratory Services Division
8100 Lowry Blvd.
Denver, Colorado 80230-6928
(303) 692-3090

http://www.cdphe.state.co.us

Colorado Department of Public Health and Environment

June 29, 2006

Ms. Alice Jewell
Arkansas River Power Authority
P.O. Box 70 714
Lamar, CO 81052

Dear Ms. Jewell,

On May 18, 2005, the U.S. Environmental Protection Agency published the Clean Air Mercury Rule (CAMR), requiring states to develop plans for meeting the state mercury emissions budgets set forth in the rule. The CAMR requires states to submit plans, including mercury allowance allocations to affected units, to EPA by November 17, 2006.

In preparation for development of the state's plan, the Air Pollution Control Division ("the Division") has determined that it is appropriate to quantify current mercury emissions from existing units that will be subject to the CAMR and to evaluate the costs of potential mercury emission control technologies and/or work practices. The Division has reviewed its records and identified the following units that may be subject to CAMR:

This request is specific to the following unit(s):
ARPA Unit No. 1

Pursuant to the authority provided in § 25-7-111(2)(i), C.R.S., the Division hereby requests that Public Service Company provide the following information regarding the unit(s) listed above:

1. Have you conducted mercury performance testing on the unit(s) listed above, the results of which were not submitted to the Division in response to the Division's request of August 1, 2005?
   If so, please provide a copy of the testing protocol and test report.

2. Do you plan to install mercury Continuous Emission Monitoring Systems on the unit(s) listed above?
   If so, please identify when such installation will occur, the vendor of the CEMS, and the estimated cost of the CEMS, including installation, operation, maintenance and repair.



3. Do you plan to install or utilize technologies and/or implement work practices to reduce mercury emissions from the unit(s) listed above?
   If so, please identify the technologies and/or work practices that you plan to use, the estimated cost, and anticipated schedule for installing and/or implementing each control method, individually. If you do not plan to utilize technologies and/or implement work practices, but have considered such, please provide estimates of the cost of technologies and/or work practices that you considered, along with the potential schedule for installing and/or implementing each control method, individually. Please include installation, operation, maintenance and repair costs in your estimates.

Please submit this information **by July 31, 2005** to:

Attn: Dena Wojtach
Colorado Department of Public Health & Environment
APCD-SSP-B1
4300 Cherry Creek Drive South
Denver, CO 80246-1530

If you have any questions, feel free to contact me at (303) 692-3178 or kirsten.king@state.co.us.

Sincerely,

Kirsten King
Stationary Sources Program Manager

cc: Dena Wojtach, APCD
Margie Perkins, APCD
Garrison Kaufman, APCD

File: 099/0006