# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before the Court on Defendants' Motion to Dismiss, with Authorities ("Motion") and the Court being fully advised in the premises and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. This action is hereby DISMISSED, WITH PREJUDICE.

Dated this ___ day of _____, 2010.

BY THE COURT

_____