**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

    Defendants.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO TAKE JUDICIAL NOTICE OF ADMINISTRATIVE RECORDS**

    This matter having come before the Court on Defendants' Unopposed Motion to Take Judicial Notice of Administrative Records ("Motion") and the Court being fully advised in the premises and for good cause shown,

    IT IS HEREBY ORDERED that the Motion is GRANTED.

    Dated this  8th  day of  February , 2010.

                                        BY THE COURT

                                        *s/ David M. Ebel*

                                        U. S. Circuit Court Judge