UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 09-CV-02974-DME-BMB

WILDEARTH GUARDIANS

    Plaintiff,

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and ARKANSAS RIVER POWER AUTHORITY

    Defendant.

---

## LAW STUDENT APPEARANCE FORM

---

1. Law Student Certification

    I certify that:

    (1)    I am duly enrolled in University of Denver, Sturm College of Law, in accordance with part B.1 of the Student Practice Rule of this court.

    (2)    I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

    (3)    I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: February 15, 2010

                                                                            /s/ AllisonVetter
                                                                        Signature of Student

2. Law School Certification

    I certify that this student:

(1)     has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

(2)     is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

(3)     that Michael R. Harris, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated: February 15, 2010                                         /s/ Christine Cimini
                                                                                Signature of Dean or Authorized Designee

                                                                                Director of Clinical Programs
                                                                                (Position of Above)

3. Supervising Attorney's Certification

    As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

(1)     assume personal professional responsibility for the students work in accordance with the Student Practice Rule of this court;

(2)     guide and assist this student as necessary or appropriate under the circumstances; and

(3)     appear with this student in all proceedings in this matter.

Dated: February 15, 2010                                         /s/ Michael R. Harris
                                                                                    Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney, <u>Allison Vetter</u>, in this matter in accordance with the Student Practice Rule of this court.

I authorize this student: to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court and employed in the clinical program at the law school.

Dated: <u>February 15, 2010</u>                                          /s/ Jeremy Nichols
                                                                         Signature of Client

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except _____ No exceptions _____.

Dated: February 22, 2010

                                                                         _____
                                                                         Signature of District Judge
                                                                         or Magistrate Judge Exercising
                                                                         Consent Jurisdiction Pursuant
                                                                         to D.C.COLO.LCivR 72.2

Consent of Opposing Counsel

Pursuant to Rule 7.1, through their counsels, Plaintiff WildEarth Guardians has conferred with Defendants LUB & ARPA, and the Defendants have agreed not to oppose this motion.