IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARIZONA RIVER POWER AUTHORITY,

Defendants.
_____

## ORDER
_____

This matter arises on **Defendants' Motion to Stay Pending a Ruling on Their Motion to Dismiss** [Doc. # 20, filed 3/1/2010] (the "Motion to Stay"). I held a hearing on the Motion to Stay this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Stay is DENIED.

IT IS FURTHER ORDERED that a scheduling conference is set for **March 24, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **March 18, 2010**.

Dated March 10, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge