IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARIZONA RIVER POWER AUTHORITY,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   Pursuant to the Scheduling Conference held on March 24, 2010, it is hereby ORDERED that a **Pretrial Conference** is set for **October 25, 2010, at 8:30 a.m.**, in Courtroom A-401, Fourth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

   The Final Pretrial Order shall be submitted pursuant to District of Colorado ECF Procedures V.L.1.b. on or before **October 18, 2010**.  The Final Pretrial Order should be prepared in accordance with Appendix G, D.C.COLO.LCivR.

DATED:  March 24, 2010