IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARIZONA RIVER POWER AUTHORITY,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) Plaintiff's **Motion to Leave to Amend Complaint** [Doc. # 49, filed 4/30/2010] (the "Motion to Amend");

(2) **Defendants' Motion to Compel Payment of Copy Expenses** [Doc. # 50, filed 4/30/2010] (the "Motion for Payment");

(3) Plaintiff's **Motion to Amend the Case Scheduling Order** [Doc. # 54, filed 5/5/2010] (the "Motion for Extension"); and

(4) Plaintiff's **Motion to Shorten Time** [Doc. # 55, filed 5/5/2010].

I held a hearing on the motions this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend [Doc. # 49] is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. # 49-1].

IT IS FURTHER ORDERED that the Motion for Payment [Doc. # 50] is DENIED.

IT IS FURTHER ORDERED that the Motion for Extension [Doc. # 54] is GRANTED, and the case schedule is modified to the following extent:

Expert Disclosures:

(a) The plaintiffs shall designate any expert on the issue of mercury emissions and control technology and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 14, 2010**

(b) The defendants shall designate any expert in rebuttal to the plaintiffs' mercury emissions and control technology expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 2, 2010**.

IT IS FURTHER ORDERED that the Motion to Shorten Time [Doc. # 55] is DENIED.

Dated May 20, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge