# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

Defendants.

---

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY IN SUPPORT OF THEIR RENEWED REQUEST FOR ABSTENTION AND MOTION FOR SUMMARY JUDGMENT

---

THIS MATTER comes before the Court on Defendants' Motion for Leave to File Supplemental Reply in Support of Their Renewed Request for Abstention and Motion for Summary Judgment ("Motion for Leave"). The Court, being fully advised on the premises, hereby GRANTS the Motion for Leave.

Defendants' Supplemental Reply in Support of Their Renewed Request for Abstention and Motion for Summary Judgment, which was attached to the Motion for Leave, shall be deemed filed as of the date of this Order.

DATED this 10th day of January, 2011

BY THE COURT:

*s/ David M. Ebel*

U.S. Circuit Court Judge
District of Colorado