**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

Defendants.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND SUPPLEMENTAL REPLY IN SUPPORT OF THEIR RENEWED REQUEST FOR ABSTENTION AND MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court on Defendants' Unopposed Motion for Leave to File a Second Supplemental Reply in Support of Their Renewed Request for Abstention and Motion for Summary Judgment ("Motion"), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 7th day of April, 2011.

BY THE COURT

*s/ David M. Ebel*

U. S. Circuit Court Judge
District of Colorado