# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02974-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation, *et al.*

    Plaintiffs,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, *et al.*

    Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's Order of June 7, 2011 (Doc. No. 122), the parties to this matter submit the following:

1. The Colorado Department of Health and Environment, Air Pollution Control Division ("the Division) prepared a draft permit modification that was sent to Defendants on April 4, 2011. Defendants' Second Supplemental Reply Brief (Doc. No. 120-1). This draft permit includes a determination that the Lamar facility is not a major source of hazardous air pollutants. *Id.*

2. The Division published the draft permit for public comment on April 28, 2011. The comment period lasted for 30 days.

3. Plaintiffs submitted comments to the Division on May 28, 2011, challenging the legal and factual basis for the permit modification and the Division's determination that the Lamar facility is not a major source of hazardous air pollutants.

4. The parties are unaware if anyone else submitted comments on the draft permit for the Lamar facility.

5. The parties are now awaiting further action by the Division regarding the proposed permit modification. The Division has not indicated when a final permit might be issued.

Respectfully submitted this 10th day of June, 2011.

| | |
|---|---|
| /s/ Jason B. Robinson<br>Jason B. Robinson<br>Craig N. Johnson<br>Harlan P. Pelz<br>Fairfield and Woods, P.C.<br>1700 Lincoln Street, Suite 2400<br>Denver, Colorado 80203<br>(303) 830-2400<br>Email: jrobinson@fwlaw.com<br>Email: cjohnson@fwlaw.com<br>Email: hpelz@fwlaw.com<br><br>COUNSEL FOR DEFENDANTS | /s/ Kevin Lynch<br>Kevin Lynch<br>Professor Michael Ray Harris<br>ENVIRONMENTAL LAW CLINIC<br>UNIVERSITY OF DENVER<br>STURM COLLEGE OF LAW<br>2255 E. Evans Ave.<br>Denver, CO 80208<br>Telephone: (303) 871-6140<br>Facsimile: (303) 871-6847<br>klynch@law.du.edu<br>mharris@law.du.edu<br><br>COUNSEL FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I certify that on this 10th day of June 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Jason B. Robinson
Craig N. Johnson
Harlan P. Pelz
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203
(303) 830-2400
Email: jrobinson@fwlaw.com
Email: cjohnson@fwlaw.com
Email: hpelz@fwlaw.com

ATTORNEYS FOR DEFENDANTS

/s/ Kevin Lynch