IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02974-DME-BNB

WILDEARTH GUARDIANS,

    Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and ARKANSAS RIVER POWER AUTHORITY,

    Defendants.

**ORDER**

This matter is before the Court on Plaintiff WildEarth Guardians' Unopposed Motion to Respond to Defendants' Notice of Supplemental Authority. This Court concludes that Plaintiff has shown good cause for the Motion to be granted.

IT IS ORDERED that:

(1) the parties are directed to provide, if necessary, a brief statement (not more than 2 pages) regarding the relevancy of supplemental authorities identified in Defendants' August 24, 2011 Notice of Supplemental Authority (Doc. 127); OR

(2) Plaintiff may file a brief, not to exceed 3 pages, contemporaneous with the joint status report to respond to the Defendants' Notice of Supplemental Authority; and Defendants may file a reply thereto, not to exceed 3 pages, within 5 days thereafter.

.

DATED this 20th day of September, 2011.

                                                                BY THE COURT:

                                                                 *s/ David M. Ebel*
                                                                 _____

                                                                United States District Court Judge