# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration of the Court's June 15, 2011 Order and/or Status Conference [Doc. No. 137]. This Court GRANTS that motion and

ORDERS that a Status Conference is scheduled for Monday, July 2, 2012, at 2:00 p.m.. The conference will occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.

Done and signed this 12th day of June, 2012.

                                                BY THE COURT:

                                                *s/ David M. Ebel*

                                                _____
                                                David M. Ebel
                                                U.S. Circuit Court Judge
                                                District of Colorado