**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Joint Stipulation to Dismiss Unserved Parties [Doc. No. 145]. Upon review of that stipulation, and pursuant to Fed. R. Civ. P. 21,

IT IS HEREBY ORDERED that the following defendants are dismissed from this case: The City of Lamar, Roger Stanger, Kirk Crespin, Skip Ruedeman, Beverly Haggard, Jim Larrick, P.J. Wilson, Keith Nidey, Robert G. Schemahorn, Jr., William Wooten, Donald L. Steerman, David Anderson, and John R. Munez.

IT IS FURTHER ORDERED that the following plaintiffs are dismissed from this case: Cliff Warren, Charles Warren, Shirley Warren, and Verdell Howard.

IT IS FURTHER ORDERED that the Court's Order to Show Cause [Doc. No. 125] is vacated.

Therefore, as a result of the parties' agreement, the only plaintiff remaining is WildEarth Guardians, and the only defendants remaining are Lamar Utilities Board and Arkansas River Power Authority.

Done and signed this 12th day of July, 2012.

BY THE COURT:

*s/ David M. Ebel*

---

David M. Ebel
U.S. Circuit Court Judge
District of Colorado