**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   09-cv-02974-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

      Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

    Plaintiff's Motion Requesting Leave to File a Surreply in Re: Defendants' Reply Dated November 19, 2012 (Doc. No. 172) is GRANTED.

    DATED:   December 4, 2012