IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

Courtroom Deputy: LaDonne Bush             Date: December 13, 2012
Court Reporter: Darlene Martinez

Civil Action No. 09-cv-02974-DME-BNB

| *Parties:* | *Counsel:* |
|---|---|
| WILDEARTH GUARDIANS, a New Mexico non-profit corporation, | Michael Harris<br>Kelly Deanne Davis<br>Ted Standage |
|     Plaintiff, | |
| v. | |
| LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and ARKANSAS RIVER POWER AUTHORITY, | Craig Johnson<br>Jason Robinson |
|     Defendants. | |

_____

COURTROOM MINUTES
_____

Hearing on Motions

10:00 a.m.   Court in session.

Mr. Standage, a third-year law student, answers the Court's questions regarding his preparation for this hearing and the supervision he has received.

Ms. Davis and Mr. Harris answer the Court's questions regarding their supervision of Mr. Standage.

The Court permits Mr. Standage to enter his appearance for the purpose of this hearing.

Argument by Mr. Standage in support of Plaintiff's Motion for Reconsideration of the September 28, 2012 Order Dismissing Its Request for Injunctive Relief (Doc. 160).

Argument by Mr. Johnson in opposition.

Rebuttal argument by Mr. Standage.

Argument by Mr. Johnson in support of Defendants' Motion for Reconsideration of This Court's September 28, 2012 Order (Doc. 159).

Argument in opposition by Mr. Standage.

Rebuttal argument by Mr. Johnson.

Court states the preliminary rulings on the motions.  A written order will be issued.

ORDERED:  Plaintiff's Motion for Reconsideration of the September 28, 2012 Order Dismissing Its Request for Injunctive Relief (Doc. 160) is taken under advisement.

ORDERED:  Defendants' Motion for Reconsideration of This Court's September 28, 2012 Order (Doc. 159) is taken under advisement.

Court instructs counsel to contact chambers by March 15, 2013, to set a pretrial conference before April 1, 2013.

11:15 a.m.     Court in recess.

Hearing concluded.
Time: 01:15