IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-02974-DME-BNB | Date: February 13, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| WILDEARTH GUARDIANS<br><br>**Plaintiff(s)** | *Michael R. Harris*<br>*Kelly D. Davis*<br>*Laura Wood* |
| v. | |
| LAMAR UTILITIES BOARD<br>ARKANSAS RIVER POWER AUTHORITY<br>**Defendant(s)** | *Craig N. Johnson* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  8:36 a.m.

Appearance of counsel.  The Court allows law student Laura Wood to appear for purposes of today's hearing.

Argument presented on [178] Motion for Leave to Designate Jonathan S. Shefftz as an Expert, File and Expert Report Outside Rule 26(a) Time Limitations, and Supplement the Dr. J. Phyllis Fox Expert Report.

**ORDERED:**   [178] Motion for Leave to Designate Jonathan S. Shefftz as an Expert, File and Expert Report Outside Rule 26(a) Time Limitations, and Supplement the Dr. J. Phyllis Fox Expert Report is GRANTED pursuant to reasons stated on the record.

Expert reports and supplement to expert report to be made available by February 28, 2013. Depositions of Plaintiff's experts to be scheduled in Denver, if requested by the defendants.

Rebuttal expert designation and reports due by April 1, 2013.

Depositions of all experts to be completed by April 9, 2013.

Court in Recess:  9:30 a.m.     Hearing concluded.     Total time in Court:  00:54

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119