IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS, a new Mexico non-profit corporation,

Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     Plaintiff's **Motion for Leave to Designate Jonathan S. Shefftz as an Expert, File an Expert Report Outside Tule 26(a) Time Limitations, and Supplement the Dr. J. Phyllis Fox Expert Report** [Doc. # 178, filed 2/1/2013] (the "Motion re: Experts"); and

(2)     **Plaintiff's Unopposed Motion to Allow Student Attorney Appearance** [Doc. # 183, filed 2/7/2013] (the "Motion re: Student Appearance").

I held a hearing in the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion re: Experts [Doc. # 178] is GRANTED.

(2)     The plaintiff shall provide opposing counsel with the expert report of Jonathan S. Shefftz and the supplemental expert report of Dr. J. Phyllis Fox and all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 28, 2013.  The defendants shall designate all

experts in rebuttal to Mr. Shefftz and to Dr. Fox's supplement opinions and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 1, 2013.

(3)     Expert discovery is extended to and including April 10, 2013, solely for the purpose of allowing the deposition of Mr. Shefftz; the deposition of Dr. Fox as to matters raised for the first time in her supplemental report; and the depositions of any experts designated by the defendants in rebuttal to Mr. Shefftz and the supplemental opinions of Dr. Fox.

(4)     The Motion re: Student Appearance [Doc. # 183] is GRANTED, and Ms. Wood is allowed to appear on behalf of the plaintiff for the purposes of today's hearing.

Dated February 13, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge