IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02974-DME-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **Plaintiff's Unopposed Motion to Amend the Scheduling Order** [Doc. # 190, filed 2/20/2013] is GRANTED; and

      (2)    The discovery cut-off is extended to and including September 15, 2013, solely for the purpose of completing the deposition of Roland Hea.

DATED:  February 21, 2013