IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02974-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

    Defendants.

### ORDER GRANTING JOINT MOTION TO CONSOLIDATE

THIS MATTER comes before the Court on Plaintiff WildEarth Guardians' and Defendants Lamar Utilities Board d/b/a Lamar Light and Power and Arkansas River Power Authority's Joint Motion to consolidate this action with <u>WildEarth Guardians v. Lamar Utilities Board, et al.</u>, Civil Action No. 11-cv-00742-MSK-MJW, a related and later-filed action pending before this Court.

The Court, being fully advised on the premises, GRANTS the Joint Motion and ORDERS that Civil Action No. 11-cv-00742-MSK-MJW shall be consolidated with Civil Action No. 09-CV-02974-DME-BNB, the earlier-filed case.

DONE this 11th day of July, 2013.

                                            BY THE COURT:

                                            *s/ David M. Ebel*

                                            _____
                                            Hon. David M. Ebel, U.S. Circuit Judge