**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-02974-DME-BNB
Civil Action No. 11-CV-00742-DME-MJW

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

    Defendants.

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

THIS MATTER comes before the Court on Plaintiff WildEarth Guardians' and Defendants Lamar Utilities Board d/b/a Lamar Light and Power and Arkansas River Power Authority's Joint Motions to stay all proceedings in these consolidated cases pending the completion of a statutorily-mandated forty-five (45) day review period for the Attorney General of the United States and the Administrator of the United States Environmental Protection Agency to review the proposed Consent Decree lodged with this Court.

The Court, being fully advised on the premises, GRANTS the Joint Motion and ORDERS that all proceedings in these cases are hereby stayed through and including September 6, 2013. Within ten days following the September 6, 2013, end of this stay, the parties are ordered to file a status report with this Court indicating the then-current status of this case.

DONE this 11th day of July, 2013.

BY THE COURT:

*s/ David M. Ebel*

_____
Hon. David M. Ebel, U.S. Circuit Judge