**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Nos.   09-cv-02974-DME-BNB
11-cv-00742-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

Plaintiff,

v.

LAMAR UTILITIES BOARD doing business as LAMAR LIGHT AND POWER, and ARKANSAS RIVER POWER AUTHORITY,

Defendants.

---

**ORDER**

---

Plaintiff WildEarth Guardians has filed an "Unopposed Motion for Order Approving and Entering the Consent Decree Approved by the Parties and Dismissing All Claims in Both Cases With Prejudice" (Doc. No. 205). Based upon the representations contained therein, it appears this case is in the process of being settled. Therefore, it is hereby

ORDERED that the Trial Preparation Conference scheduled for October 29, 2013, and the Bench Trial scheduled to commence on November 4, 2013, are VACATED.

The Court anticipates entering a final Order in this case in due course.

DONE AND SIGNED this   15th   day of October, 2013.

BY THE COURT:

*s/ David M. Ebel*

DAVID M. EBEL
DISTRICT OF COLORADO