**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Nos. 1:09-cv-02974-DME-BNB
1:11-cv-00742-DME-BNB

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

LAMAR UTILITIES BOARD doing business as LAMAR LIGHT AND POWER, and ARKANSAS RIVER POWER AUTHORITY,

    Defendants.

**ORDER ENTERING CONSENT DECREE**

This matter comes before the Court on WildEarth Guardian's "Unopposed Motion for Order Approving and Entering the Consent Decree Approved by the Parties and Dismissing All Claims in Both Cases with Prejudice." (Doc. 205.) The Court GRANTS that motion.

Upon consideration of the signed Consent Decree submitted to the Court by the parties (Doc. 207), the Court determines that the Consent Decree is fair, adequate, and reasonable, and not illegal, a product of collusion, or against the public interest. See United States v. Colorado, 937 F.2d 505, 509 (10th Cir. 1991). The Court, therefore, approves the Consent Decree as resolving all of the claims asserted in these two consolidated cases and, therefore, orders the Consent Decree entered on the Court's docket. Pursuant to the terms of the Consent Decree, the Court DISMISSES with

prejudice all of the claims Plaintiff asserted against Defendants in these cases. The Clerk of the Court shall close these cases, but the parties may seek to have the Court enforce the Consent Decree as they would any other order of this Court.

DATED: October 17, 2013.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge